**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Valley Farm Supply, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.1  Ally**
Creditor's Name

**Payment Processing Center**
**P.O. Box 78234**
**Phoenix, AZ 85062**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Water Truck**

| | |
|---|---|
| | $22,576.46 |

| | |
|---|---|
| | $0.00 |

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2  Bank of America**
Creditor's Name

**P.O. Box 15019**
**Wilmington, DE 19886**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Motorhome on premise**

$126,345.86            $0.00

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Debtor    **Valley Farm Supply, Inc.**                    Case number (if known) _____
      Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CAT Financial** | Describe debtor's property that is subject to a lien | $28,801.01 | $0.00 |

Creditor's Name

**CAT Financial**

Describe debtor's property that is subject to a lien
**Caterpillar loader**

P.O. Box 100647
Pasadena, CA 91189

Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Community Bank of Santa Maria** | Describe debtor's property that is subject to a lien | $903,392.69 | $0.00 |

Creditor's Name

**Community Bank of Santa Maria**

Describe debtor's property that is subject to a lien
**All inventory, equipment, account receivables, and other general intangibles (valued at $3,900,000)**

2739 Santa Maria Way
P.O. Box 5307
Santa Maria, CA 93456

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**2012**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Credit** | Describe debtor's property that is subject to a lien | $193,752.93 | $0.00 |

Creditor's Name

**Ford Credit**

Describe debtor's property that is subject to a lien
**2016 Ford, 2016 Ford F250, 2016 Ford F350, 2017 Ford F350, 2018 Ford F350, 2018 Ford F150, and 2019 Ford F350**

P.O. Box 7172
Pasadena, CA 91109

Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

■ No

---

Debtor    **Valley Farm Supply, Inc.**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ☑ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes, Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **GM Financial** | Describe debtor's property that is subject to a lien | $91,322.10 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Accounts Payable**
**P.0. Box 1630**
**Fort Worth, TX 76101**
Creditor's mailing address

**2020 Chevy Silverado's (2)**

Describe the lien

**Purchase Money Security**

Is the creditor an insider or related party?

☑ No
☐ Yes

| | |
|---|---|
| Creditor's email address, if known | Is anyone else liable on this claim? |
| Date debt was incurred | ☑ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes, Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $28,806.89 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 4450**
**Carol Stream, IL 60197**
Creditor's mailing address

**John Deere 825 Gator, John Deere MX 10 Rotary/Flail Cutter and and John Deere 5100 Utility Tractor**

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

| | |
|---|---|
| Creditor's email address, if known | Is anyone else liable on this claim? |
| Date debt was incurred | ☑ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes, Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Simplot AB Retail** | Describe debtor's property that is subject to a lien | $3,707,491.35 | $0.00 |
|---|---|---|---|---|

Debtor  **Valley Farm Supply, Inc.**                                  Case number (if known) _____
_____
Name

| Creditor's Name | |
|---|---|
| | **All inventory, accounts and equipment** |
| **P.O. Box 9296** | **(valued at $3,900,000)** |
| **Boise, ID 83707** | |

Creditor's mailing address

Describe the lien
_____

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred
**02/24/2020**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Small Business Administration** | | | $91,320.46 | $0.00 |

Creditor's Name

**10737 Gateway West #300
El Paso, TX 79935**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**All tangible and intangible personal property
(valued at $3,900,000)**

Describe the lien
**Non-Purchase Money Security**

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred
**2020**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Toyota Industries Commercial** | | | $17,475.95 | $15,000.00 |

Creditor's Name

**P.O. Box 9050
Dallas, TX 75019**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Toyota Mifdland forklift**

Describe the lien
_____

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred
**03/13/2013**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

---

| Debtor | Valley Farm Supply, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

| 2.11 | | | | |
|---|---|---|---|---|
| | **Wells Fargo Bank, N.A.** | Describe debtor's property that is subject to a lien | $54,928.39 | $45,000.00 |
| | Creditor's Name | **Manitou Forklift M30-4WD Rough Terrain and 2018 Manitou Rough Terrain Truck** | | |
| | **300 Tri-State International Suite 400 Lincolnshire, IL 60069** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **03/20/2018** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | | |
|---|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,266,214.09 |
|---|---|---|

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **J.R. Simplot** **Attention: Legal** **P.O. Box 27** **Boise, ID 83707** | Line _2.8_ | |
| **Wells Fargo Equipment Finance** **P.O. Box 7777** **San Francisco, CA 94120** | Line _2.11_ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Valley Farm Supply, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Agriculture Envision**<br>P.O. Box 545<br>Santa Maria, CA 93456<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$39,590.00** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**AgroPlantae Inc.**<br>1865 Herndon Avenue, Suite K321<br>Clovis, CA 93611<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$13,280.00** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**AGRX**<br>6150 Botello Rd # D<br>Goleta, CA 93117<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$4,059.00** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**American Express**<br>P. O. Box 981535<br>El Paso, TX 79998-1535<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$291,026.00** |

Debtor  **Valley Farm Supply, Inc.**                                            Case number (if known) _____
               Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $775.04 |
|---|---|---|---|

Bank of America
P. O. Box 982234
El Paso, TX 79998-2234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Credit card purchases

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,628.00 |
|---|---|---|---|

Banner Life Insurance
3275 Bennett Creek
Frederick, MD 21704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,038.63 |
|---|---|---|---|

BioGro
P.O. Box 326
Mabton, WA 98935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,773.10 |
|---|---|---|---|

Brenntag Pacific Inc.
10747 Patterson Place
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $633.94 |
|---|---|---|---|

Carr's
1515 South Broadway
Santa Maria, CA 93454

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $973.72 |
|---|---|---|---|

CAT Financial
P.O. Box 100647
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.80 |
|---|---|---|---|

Central City Tool Supply Inc
2230 South Depot Street, Unit C
Santa Maria, CA 93455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Valley Farm Supply, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,322.42 |
|---|---|---|---|
| | Coastal Ag. Inc.<br>918 W. Betteravia Street<br>Santa Maria, CA 93454 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|
| | D2BIO<br>P.O. Box 3746<br>Westport, MA 02790 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|
| | Dyatech, LLC<br>381 Highland Colony Parkway<br>Ridgeland, MS 39157 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.84 |
|---|---|---|---|
| | Fed Ex<br>Freight Department<br>P.O. Box 21415<br>Pasadena, CA 91185 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,773.41 |
|---|---|---|---|
| | Helena Chemical Company<br>2397 A Street<br>Santa Maria, CA 93455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,850.36 |
|---|---|---|---|
| | ITALPOLLINA USA, Inc.<br>P.O. Box 12936<br>Fort Wayne, IN 46866 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $947.81 |
|---|---|---|---|
| | Kisco Sales<br>315 Roemer Way<br>Santa Maria, CA 93454 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Valley Farm Supply, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address

**Liquinox Fertilizer**
21 West Meats Avenue
Orange, CA 92865

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$95,332.04**

---

**3.20** | Nonpriority creditor's name and mailing address

**Marion Ag Service**
 18745 Butteville Road
Aurora, OR 97002

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$16,720.00**

---

**3.21** | Nonpriority creditor's name and mailing address

**Mier Brothers**
P.O. Box 1246
Santa Maria, CA 93456

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$6,600.00**

---

**3.22** | Nonpriority creditor's name and mailing address

**Miller Chemical**
120 Radio Road
Hanover, PA 17331

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$8,613.20**

---

**3.23** | Nonpriority creditor's name and mailing address

**NA-Churs Alpine Solutions**
Dept. 781191
P.O. Box 78000
Detroit, MI 48278

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$48,422.20**

---

**3.24** | Nonpriority creditor's name and mailing address

**Nature's Way**
8410 Buena Vista Street
Moorpark, CA 93021

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$28,604.00**

---

**3.25** | Nonpriority creditor's name and mailing address

**Nestle Pure Life**
P.O. Box 856158
Louisville, KY 40285

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$79.99**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Valley Farm Supply, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.26**

Nonpriority creditor's name and mailing address
Nutrien AG
c/o Steven Stoker, Esq.
2377 W. Shaw Ave., Ste 101
Fresno, CA 93711

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☐ No  ☐ Yes

$2,007,664.76

---

**3.27**

Nonpriority creditor's name and mailing address
Peter Compton
P.O. Box 299
Nipomo, CA 93444

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ☐ No  ☐ Yes

$140,284.94

---

**3.28**

Nonpriority creditor's name and mailing address
PG & E
P.O. Box 997300
Sacramento, CA 95890

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☐ No  ☐ Yes

$827.34

---

**3.29**

Nonpriority creditor's name and mailing address
Prudential
P.o. Box 856167
Louisville, KY 40285

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt/life insurance

Is the claim subject to offset? ☐ No  ☐ Yes

$32,500.00

---

**3.30**

Nonpriority creditor's name and mailing address
Small Business Adminstration
10737 Gateway West #300
El Paso, TX 79935

Date(s) debt was incurred  2020
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Paycheck Protection Program Loan

Is the claim subject to offset? ☐ No  ☐ Yes

$170,835.00

---

**3.31**

Nonpriority creditor's name and mailing address
Toyota Industries Commercial
P.O. Box 9050
Dallas, TX 75019

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ☐ No  ☐ Yes

$16.28

---

**3.32**

Nonpriority creditor's name and mailing address
US Bank
P.O. Box 790408
Saint Louis, MO 63179

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card purchases

Is the claim subject to offset? ■ No  ☐ Yes

$30,493.59

---

| Debtor | Valley Farm Supply, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $485.54 |
|---|---|---|---|
| | **Verizon**<br>P.O. Box 920041<br>Dallas, TX 75266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _Trade Debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,215.43 |
|---|---|---|---|
| | **Wilbur-Ellis Company**<br> P.O.Box 45326<br>San Francisco, CA 94145 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _Trade Debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Yara North America**<br>P.O. Box 101546<br>Pasadena, CA 91189 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _Trade Debt_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line In Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                    0.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 3,194,036.38 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c. | $       3,194,036.38 |

**Fill in this information to identify the case:**

Debtor name  **Valley Farm Supply, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Valley Farm Supply, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Peter Compton | P.O. Box 299<br>Nipomo, CA 93444 | Simplot AB Retail | ■ D  __2.8__<br>☐ E/F  ____<br>☐ G  ____ |
| 2.2 | Peter Compton | | Nutrien AG | ☐ D  ____<br>■ E/F  __3.21__<br>☐ G  ____ |
| 2.3 | Peter Compton | | Community Bank of Santa Maria | ■ D  __2.4__<br>☐ E/F  ____<br>☐ G  ____ |
| 2.4 | Peter Compton | | Bank of America | ■ D  __2.2__<br>☐ E/F  ____<br>☐ G  ____ |
| 2.5 | Peter Compton | | Small Business Administration | ■ D  __2.9__<br>☐ E/F  ____<br>☐ G  ____ |

**Fill in this information to identify the case:**

Debtor name    Valley Farms Supply, Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
     amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

      **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration    Other initial filing documents

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 2, 2020**    X ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                         Signature of individual signing on behalf of debtor

                                         **Peter Compton**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Valley Farm Supply, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**   Income

1.   Gross revenue from business

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  1/01/2020 to Filing Date | ■ Operating a business<br>☐ Other | $5,968,889.47 |
| **For prior year:** From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other | $11,984,291.00 |
| **For year before that:** From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other | $11,698,550.00 |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|
| | |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Valley Farm Supply, Inc.**                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. AG RX<br>751 South Rose<br>Oxnard, CA 93030 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Agriculture Envision<br>P.O. Box 545<br>Santa Maria, CA 93456 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. AgroPlantae Inc.<br>1865 Herndon Avenue, Suite K321<br>Clovis, CA 93611 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. BioGro<br>P.O. Box 326<br>Mabton, WA 98935 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. Biological Nutrient Technologies<br>110 S Mary Ave Ste. 2-191<br>Nipomo, CA 93444 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. Brenntag Pacific Inc.<br>10747 Patterson Place<br>Santa Fe Springs, CA 90670 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. California Organic Fertilizers, Inc.<br>7600 N. Ingram Avenue, Suite 101<br>Fresno, CA 93711 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. D2BIO<br>P.O. Box 3746<br>Westport, MA | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Valley Farm Supply, Inc.**                                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.9. Harry Hagan<br>Treasurer-Tax Collector<br>P.O. Box 579<br>Santa Barbara, CA 93102 | SEE<br>ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other_property taxes_ |
| 3.10. Helena Chemical Company<br>2397 A Street<br>Santa Maria, CA 93455 | SEE<br>ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. ITALPOLLINA USA, Inc.<br>P.O. Box 12936<br>Fort Wayne, IN 46866 | SEE<br>ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. Land & Sea Organics<br>204 Kerr Avenue<br>Modesto, CA 95354 | SEE<br>ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. Liquinox Fertilizer<br>21 West Meats Avenue<br>Orange, CA 92865 | SEE<br>ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. McDermott & Apkarian, LLP<br>241 S Broadway Suite 201<br>Santa Maria, CA 93455 | SEE<br>ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.15. Mier Brothers<br>P.O. Box 1246<br>Santa Maria, CA 93456 | SEE<br>ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. Miller Chemical<br>P.O. Box 333<br>Hanover, PA 17334 | SEE<br>ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Valley Farm Supply, Inc. | | Case number (if known) | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |
| 3.17   NA-Churs Alpine Solutions<br>Dept. 781191<br>P.O. Box 78000<br>Detroit, MI 48278 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18   Nature's Way<br>8410 Buena Vista Street<br>Moorpark, CA 93021 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19   Pure Biological Systems, Inc.<br>3675 S Rainbow Boulevard<br>Las Vegas, NV 89103 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20   Simplot AB Retail<br>P.O. Box 9296<br>Boise, ID 83707 | SEE ATTACHED | $0.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21   Terence Long<br>7110 N Fresno Street<br>Fresno, CA 93720 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22   The Catalyst Product Group<br>2270 S Boulder Street<br>Gilbert, AZ 85296 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23   United AG<br>54 Corporate Park<br>Irvine, CA 92606 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24   Verdegaal Brothers, Inc.<br>13555 11th Avenue<br>Hanford, CA 93230 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

9:27 AM

08/25/20

## Valley Farm Supply Inc.
## Transaction List by Vendor
### May 27 through August 25, 2020

| Type | Date | Num | Memo | Account | Split | Credit |
|------|------|-----|------|---------|-------|--------|
| **AG RX.** | | | | | | |
| Bill Pmt -Check | 06/15/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 6,032.08 |
| Bill Pmt -Check | 06/19/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 6,660.00 |
| Bill Pmt -Check | 07/09/2020 | 13096 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 14,570.00 |
| Bill Pmt -Check | 07/16/2020 | 13102 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 10,812.50 |
| Bill Pmt -Check | 07/25/2020 | 13142 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 12,720.00 |
| **Agriculture Envision** | | | | | | |
| Bill Pmt -Check | 05/29/2020 | 12970 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 43,230.00 |
| Bill Pmt -Check | 06/05/2020 | 12990 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 10,415.00 |
| Bill Pmt -Check | 06/08/2020 | 13008 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 17,400.00 |
| Bill Pmt -Check | 06/22/2020 | 13063 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 20,825.00 |
| Bill Pmt -Check | 06/26/2020 | 13070 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 12,465.00 |
| Bill Pmt -Check | 06/30/2020 | 13071 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 56,465.00 |
| Bill Pmt -Check | 07/20/2020 | 13106 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 17,325.00 |
| Bill Pmt -Check | 07/28/2020 | 13147 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 21,050.00 |
| Bill Pmt -Check | 08/12/2020 | 13183 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 24,525.00 |
| Bill Pmt -Check | 08/18/2020 | 13220 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 14,715.00 |
| **AgroPlantae Inc.** | | | | | | |
| Bill Pmt -Check | 06/22/2020 | 13061 | 341149 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 9,320.00 |
| Bill Pmt -Check | 07/31/2020 | 13156 | 341195 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 26,560.00 |
| **Beall & Burkhardt APC** | | | | | | |
| Bill Pmt -Check | 08/06/2020 | 13170 | Valley Farm ... | 1002 · Community Bank General Account | 2000 · Accounts Payable | 40,000.00 |
| Bill Pmt -Check | 08/06/2020 | 13171 | Pete Compton | 1002 · Community Bank General Account | 2000 · Accounts Payable | 25,000.00 |
| **BioGro** | | | | | | |
| Bill Pmt -Check | 06/17/2020 | 13028 | 341117 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 19,950.00 |
| Bill Pmt -Check | 08/12/2020 | 13186 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 37,073.66 |
| **Biological Nutrient Technologies** | | | | | | |
| Bill Pmt -Check | 07/28/2020 | 13145 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 7,714.00 |
| **Brenntag** | | | | | | |
| Bill Pmt -Check | 06/02/2020 | 1366 | 341128 | 1012 · CH Checking | 2000 · Accounts Payable | 6,095.20 |
| Bill Pmt -Check | 06/08/2020 | 13003 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 16,062.17 |
| Bill Pmt -Check | 08/07/2020 | 13178 | 341200 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 11,267.94 |
| **California Organic Fertilizers, Inc.** | | | | | | |
| Bill Pmt -Check | 06/08/2020 | 13004 | 341104 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 9,345.00 |
| **D2BIO** | | | | | | |
| Bill Pmt -Check | 06/05/2020 | 12987 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 11,250.00 |
| Bill Pmt -Check | 06/17/2020 | 13029 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 15,875.00 |
| Bill Pmt -Check | 06/30/2020 | 13072 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 6,600.00 |
| Bill Pmt -Check | 07/15/2020 | 13100 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 6,640.00 |
| Bill Pmt -Check | 08/06/2020 | 13168 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 10,500.00 |
| Bill Pmt -Check | 08/13/2020 | 13206 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 6,000.00 |
| **Harry Hagen** | | | | | | |
| Bill Pmt -Check | 07/28/2020 | 13151 | 11144031-00... | 1002 · Community Bank General Account | 2000 · Accounts Payable | 12,886.42 |
| **Helena Chemical** | | | | | | |
| Bill Pmt -Check | 05/28/2020 | 12969 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 21,424.55 |
| Bill Pmt -Check | 06/05/2020 | 12996 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 10,473.48 |
| Bill Pmt -Check | 06/08/2020 | 13005 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 15,362.48 |
| Bill Pmt -Check | 06/17/2020 | 13032 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 20,572.38 |
| Bill Pmt -Check | 07/01/2020 | 13081 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 54,111.08 |
| Bill Pmt -Check | 07/21/2020 | 13112 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 12,824.90 |
| Bill Pmt -Check | 08/13/2020 | 13215 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 32,548.72 |
| Bill Pmt -Check | 08/18/2020 | 13224 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 42,639.76 |
| **Italpollina USA, Inc.** | | | | | | |
| Bill Pmt -Check | 05/29/2020 | 12971 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 15,338.18 |
| Bill Pmt -Check | 06/17/2020 | 13034 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 9,045.65 |
| Bill Pmt -Check | 07/06/2020 | 13094 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 11,910.50 |
| **Land & Sea Organics** | | | | | | |
| Bill Pmt -Check | 06/08/2020 | 13006 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 15,250.00 |
| **Liquinox Fertilizer** | | | | | | |
| Bill Pmt -Check | 05/29/2020 | 12974 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 33,371.93 |
| Bill Pmt -Check | 06/05/2020 | 12989 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 12,640.35 |
| Bill Pmt -Check | 06/08/2020 | 13001 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 27,673.57 |
| Bill Pmt -Check | 06/17/2020 | 13036 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 27,344.30 |
| Bill Pmt -Check | 06/22/2020 | 13051 | 341167 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 6,308.87 |
| Bill Pmt -Check | 07/01/2020 | 13083 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 27,069.00 |
| Bill Pmt -Check | 07/21/2020 | 13116 | 341189 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 11,576.25 |
| Bill Pmt -Check | 07/28/2020 | 13152 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 11,990.95 |
| Bill Pmt -Check | 08/12/2020 | 13200 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 22,597.85 |
| Bill Pmt -Check | 08/18/2020 | 13227 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 20,063.46 |
| **McDermott & Apkarian LLP** | | | | | | |
| Bill Pmt -Check | 07/21/2020 | 13117 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 6,844.51 |
| Bill Pmt -Check | 08/06/2020 | 13174 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 25,000.00 |
| **Mier Brothers** | | | | | | |
| Bill Pmt -Check | 06/17/2020 | 13038 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 16,851.85 |
| Bill Pmt -Check | 07/21/2020 | 13118 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 6,797.30 |
| Bill Pmt -Check | 07/31/2020 | 13161 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 20,018.20 |
| **Miller Chemical** | | | | | | |
| Bill Pmt -Check | 06/17/2020 | 13027 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 6,749.20 |

9:27 AM

08/25/20

## Valley Farm Supply Inc.
## Transaction List by Vendor
#### May 27 through August 25, 2020

| Type | Date | Num | Memo | Account | Split | Credit |
|------|------|-----|------|---------|-------|--------|
| Bill Pmt -Check | 07/21/2020 | 13119 | 341210 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 6,170.00 |
| Bill Pmt -Check | 07/31/2020 | 13158 | 341230 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 7,516.40 |
| Bill Pmt -Check | 08/12/2020 | 13201 | 341177 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 9,734.20 |
| **NA-Churs Alpine** | | | | | | |
| Bill Pmt -Check | 05/29/2020 | 12975 | 340164 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 20,465.40 |
| Bill Pmt -Check | 06/08/2020 | 13007 | 341140 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 13,361.60 |
| Bill Pmt -Check | 06/22/2020 | 13052 | 341154 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 26,857.60 |
| Bill Pmt -Check | 06/30/2020 | 13078 | 341156 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 20,304.40 |
| Bill Pmt -Check | 07/21/2020 | 13120 | 341176 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 20,046.80 |
| Bill Pmt -Check | 07/24/2020 | 13137 | 341190 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 27,053.60 |
| Bill Pmt -Check | 08/12/2020 | 13202 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 43,526.00 |
| Bill Pmt -Check | 08/18/2020 | 13228 | 341232 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 20,589.60 |
| **Nature's Way** | | | | | | |
| Bill Pmt -Check | 05/29/2020 | 12976 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 25,514.00 |
| Bill Pmt -Check | 06/22/2020 | 13053 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 22,240.00 |
| **Pure Biological System** | | | | | | |
| Bill Pmt -Check | 07/21/2020 | 13131 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 15,000.00 |
| **Simplot 17/18** | | | | | | |
| Bill Pmt -Check | 05/29/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 20,000.00 |
| Bill Pmt -Check | 05/29/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 10,000.00 |
| Bill Pmt -Check | 06/04/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 9,200.00 |
| Bill Pmt -Check | 06/04/2020 | | cashier check | 1002 · Community Bank General Account | 2000 · Accounts Payable | 13,833.00 |
| Bill Pmt -Check | 06/09/2020 | | cashier check | 1002 · Community Bank General Account | 2000 · Accounts Payable | 14,000.00 |
| Bill Pmt -Check | 06/12/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 30,000.00 |
| Bill Pmt -Check | 06/17/2020 | | cashier check | 1002 · Community Bank General Account | 2000 · Accounts Payable | 12,000.00 |
| Bill Pmt -Check | 06/23/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 30,000.00 |
| Bill Pmt -Check | 06/26/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 20,000.00 |
| Bill Pmt -Check | 06/30/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 20,000.00 |
| Bill Pmt -Check | 07/03/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 10,000.00 |
| Bill Pmt -Check | 07/14/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 30,000.00 |
| Bill Pmt -Check | 07/16/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 10,000.00 |
| Bill Pmt -Check | 07/17/2020 | | cashier check | 1002 · Community Bank General Account | 2000 · Accounts Payable | 8,800.00 |
| Bill Pmt -Check | 07/20/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 20,000.00 |
| Bill Pmt -Check | 07/21/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 10,000.00 |
| Bill Pmt -Check | 07/23/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 10,000.00 |
| Bill Pmt -Check | 07/28/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 17,000.00 |
| Bill Pmt -Check | 08/03/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 9,000.00 |
| Bill Pmt -Check | 08/04/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 10,000.00 |
| Bill Pmt -Check | 08/06/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 10,000.00 |
| Bill Pmt -Check | 08/20/2020 | | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 25,000.00 |
| **Simplot Grower Solutions** | | | | | | |
| Bill Pmt -Check | 07/01/2020 | 13086 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 170,000.00 |
| **Terence J. Long** | | | | | | |
| Bill Pmt -Check | 06/25/2020 | 13069 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 10,000.00 |
| Bill Pmt -Check | 08/05/2020 | 13167 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 7,120.50 |
| Bill Pmt -Check | 08/21/2020 | 13239 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 7,500.00 |
| **The Catalyst Product Group LLC** | | | | | | |
| Bill Pmt -Check | 05/29/2020 | 12978 | 341109 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 18,401.00 |
| **United Ag** | | | | | | |
| Bill Pmt -Check | 06/17/2020 | 13039 | Valley Farm | 1002 · Community Bank General Account | 2000 · Accounts Payable | 6,783.44 |
| Bill Pmt -Check | 08/13/2020 | 13208 | Valley Farm | 1002 · Community Bank General Account | 2000 · Accounts Payable | 6,670.64 |
| **Verdegaal Brothers, Inc.** | | | | | | |
| Bill Pmt -Check | 06/22/2020 | 13054 | 341155 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 8,104.95 |
| **Wilbur-Ellis Company** | | | | | | |
| Bill Pmt -Check | 06/22/2020 | 13056 | 341150 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 6,183.00 |
| Bill Pmt -Check | 07/01/2020 | 13084 | | 1002 · Community Bank General Account | 2000 · Accounts Payable | 8,371.87 |
| Bill Pmt -Check | 08/18/2020 | 13230 | 341138 | 1002 · Community Bank General Account | 2000 · Accounts Payable | 12,079.65 |

Debtor    **Valley Farm Supply, Inc.**                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.25 **Wilbur-Ellis Company**<br>P.O.Box 45326<br>San Francisco, CA 94145 | SEE ATTACHED | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26 **Ford Credit**<br>P.O. Box 7172<br>Pasadena, CA 91109 | July 2020 - August 2020 | $34,118.50 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27 **Wells Fargo**<br>P.O. Box 51193<br>Los Angeles, CA 90051 | July 2020 - August 2020 | $8,431.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28 **Community Bank of Santa Maria**<br>2739 Santa Maria Way<br>P.O. Box 5307<br>Santa Maria, CA 93456 | SEE ATTACHED | $0.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Simplot AB Retail**<br>P.O. Box 9296<br>Boise, ID 83707<br>**Secured Creditor** | July 2019 - August 2020 | $2,086,761.78 | **President of Debtor is guarantor of agreement** |
| 4.2. **Community Bank of Santa Maria**<br>2739 Santa Maria Way<br>P.O. Box 5307<br>Santa Maria, CA 93456<br>**Secured Creditor** | July 2019 - August 2020 | $7,156,313.57 | **President of Debtor is guarantor of agreement** |
| 4.3. **Peter Compton**<br>P.O. Box 299<br>Nipomo, CA 93444<br>**President** | | $127,284.67 | **Accrued rent. Off-set to personal loan.** |
| 4.4. **Valley Freight and Storage**<br><br>**Company owned by President** | Monthly | $52,020.00 | **Storage** |

| Debtor | Valley Farm Supply, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.5. | **Nutrien AG**<br>c/o Steven Stoker, Esq.<br>Unsecured Creditor | July 2019 -<br>March 2020 | $2,503,225.43 | President is guarantor of loan |
| 4.6. | **Small Business Adminstration**<br>10737 Gateway West #300<br>El Paso, TX 79935<br>Secured Creditor | July<br>2019-August<br>2020 | $59,057.17 | President is gurantor of loan |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Nutrien v. Valley Farm Supply, Inc**<br>20CV01650 | Trade Debt collection | Superior Court, Santa Barbara County | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    Valley Farm Supply, Inc. _____    Case number *(if known)* _____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Beall & Burkhardt, APC 1114 State Street, Ste 200 Santa Barbara, CA 93101 | | 8/12/2020 | $40,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Unknown | Forklift, 2014 Ford F-150 and Ford F-150 Raptor | 2018 | $105,805.00 |
| | Relationship to debtor None | | | |
| 13.2 | Unknown | Totes 56, 2014 Ford F-150 and 2014 Ford F-150 | 2019 | $46,000.00 |
| | Relationship to debtor None | | | |

Debtor    Valley Farm Supply, Inc.                                    Case number (if known)

**Part 7:** Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

Name of plan                                              Employer identification number of the plan
**Dyatech with Mass Mutual**                              EIN:

Has the plan been terminated?
■ No
☐ Yes

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | Valley Farm Supply, Inc. | Case number *(if known)* |
|---|---|---|

case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | Valley Farm Supply, Inc. | Case number *(if known)* |
|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | McDermott & Apkarian, LLP<br>241 S Broadway Suite 201<br>Santa Maria, CA 93455 | 2020 |
| 26a.2. | Glenn Burdette<br>1150 Palm Street<br>San Luis Obispo, CA 93401 | 2018 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | McDermott & Apkarian, LLP | 2020 |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | Glenn Burdette | 2018-2019 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | McDermott & Apkarian, LLP<br>241 S. Broadway, #201<br>Santa Maria, CA 93455 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

**Name and address**

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

Debtor    **Valley Farm Supply, Inc.**

Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peter Compton | P.O. Box 299<br>Nipomo, CA 93444 | President, shareholder, director | 100 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Peter Compton<br>P.O. Box 299<br>Nipomo, CA 93444 | $177,341.28 | Within last year | Shareholder advance |
| | Relationship to debtor<br>President and 100% shareholder | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   Valley Farms Supply, Inc.                                    Case number *(if known)*

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       September  2, 2020

_____          **Peter Compton**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **Valley Farms Supply, Inc.**                                              Case No. _____
                                              _____
                                                      Debtor(s)                    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                          $              **40,000.00**

    Prior to the filing of this statement I have received                $              **40,000.00**

    Balance Due _____                  $                   **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **All services in Chapter 11, amount paid is retainer against billings subject to court approval**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September  2, 2020**                        _William C. Beall_ (signature)
_Date_                                        **William C. Beall**
                                              _Signature of Attorney_
                                              **Beall & Burkhardt, APC**
                                              **1114 State Street, Suite 200**
                                              **Santa Barbara, CA 93101-6722**
                                              **805.966.6774  Fax: 805.963.5988**
                                              **will@beallandburkhardt.com**
                                              _Name of law firm_

---

Attorney or Party Name, Address, Telephone & FAX Nos., FOR COURT USE ONLY
State Bar No. & Email Address
William C. Beall
1114 State Street, Suite 200
Santa Barbara, CA 93101-6722
805.966.6774 Fax: 805.963.5988
California State Bar Number: 97100 CA
will@beallandburkhardt.com

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re.

Valley Farn   Supply, Inc.

CASE NO.:
CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **September  2, 2020**

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **September  2, 2020**

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**William C. Beall**
**1114 State Street, Suite 200**
**Santa Barbara, CA 93101-6722**
**805.966.6774 Fax: 805.963.5988**
California State Bar Number: 97100 CA
will@beallandburkhardt.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Valley Farm Supply, Inc.

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: September 2, 2020

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: September 2, 2020

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Valley Farm Supply, Inc.
1124 Tama Lane
Nipomo, CA 93444


William C. Beall
Beall & Burkhardt, APC
1114 State Street, Suite 200
Santa Barbara, CA 93101-6722


Agriculture Envision
P.O. Box 545
Santa Maria, CA 93456


AgroPlantae Inc.
1865 Herndon Avenue, Suite K321
Clovis, CA 93611


AGRX
6150 Botello Rd # D
Goleta, CA 93117


Ally
Payment Processing Center
P.O. Box 78234
Phoenix, AZ 85062


American Express
P. O. Box 981535
El Paso, TX 79998-1535


Bank of America
P. O. Box 982234
El Paso, TX 79998-2234

Banner Life Insurance
3275 Bennett Creek
Frederick, MD 21704


BioGro
P.O. Box 326
Mabton, WA 98935


Brenntag Pacific Inc.
10747 Patterson Place
Santa Fe Springs, CA 90670


Carr's
1515 South Broadway
Santa Maria, CA 93454


CAT Financial
P.O. Box 100647
Pasadena, CA 91189


Central City Tool Supply Inc
2230 South Depot Street, Unit C
Santa Maria, CA 93455


Coastal Ag. Inc.
918 W. Betteravia Street
Santa Maria, CA 93454


Community Bank of Santa Maria
2739 Santa Maria Way
P.O. Box 5307
Santa Maria, CA 93456

D2BIO
P.O. Box 3746
Westport, MA 02790


Dyatech, LLC
381 Highland Colony Parkway
Ridgeland, MS 39157


Fed Ex
Freight Department
P.O. Box 21415
Pasadena, CA 91185


Ford Credit
P.O. Box 7172
Pasadena, CA 91109


GM Financial
Attn: Accounts Payable
P.O. Box 1630
Fort Worth, TX 76101


Helena Chemical Company
2397 A Street
Santa Maria, CA 93455


ITALPOLLINA USA, Inc.
P.O. Box 12936
Fort Wayne, IN 46866


J.R. Simplot
Attention: Legal
P.O. Box 27
Boise, ID 83707

John Deere Financial
P.O. Box 4450
Carol Stream, IL 60197

Kisco Sales
315 Roemer Way
Santa Maria, CA 93454

Liquinox Fertilizer
21 West Meats Avenue
Orange, CA 92865

Marion Ag Service
 18745 Butteville Road
Aurora, OR 97002

Mier Brothers
P.O. Box 1246
Santa Maria, CA 93456

Miller Chemical
120 Radio Road
Hanover, PA 17331

NA-Churs Alpine Solutions
Dept. 781191
P.O. Box 78000
Detroit, MI 48278

Nature's Way
8410 Buena Vista Street
Moorpark, CA 93021

Nestle Pure Life
P.O. Box 856158
Louisville, KY 40285


Nutrien AG
c/o Steven Stoker, Esq.
2377 W. Shaw Ave., Ste 101
Fresno, CA 93711


Peter Compton
P.O. Box 299
Nipomo, CA 93444


PG & E
P.O. Box 997300
Sacramento, CA 95890


Prudential
P.o. Box 856167
Louisville, KY 40285


Simplot AB Retail
P.O. Box 9296
Boise, ID 83707


Small Business Administration
10737 Gateway West #300
El Paso, TX 79935


Small Business Adminstration
10737 Gateway West #300
El Paso, TX 79935

Toyota Industries Commercial
P.O. Box 9050
Dallas, TX 75019


US Bank
P.O. Box 790408
Saint Louis, MO 63179


Verizon
P.O. Box 920041
Dallas, TX 75266


Wells Fargo Bank, N.A.
300 Tri-State International
Suite 400
Lincolnshire, IL 60069


Wells Fargo Equipment Finance
P.O. Box 7777
San Francisco, CA 94120


Wilbur-Ellis Company
 P.O.Box 45326
San Francisco, CA 94145


Yara North America
P.O. Box 101546
Pasadena, CA 91189