BEALL & BURKHARDT
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
SUITE 200, LA ARCADA BUILDING
1114 STATE STREET
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774
CARISSA@BEALLANDBURKHARDT.COM

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NOTHERN DIVISION

| | |
|---|---|
| In re | Bankruptcy. No. 9:20-bk-11072-DS |
| Valley Farm Supply, Inc. | Chapter 11 |
| Debtor. | **NOTICE OF INTENT TO SELL CERTAIN ASSETS OF THE ESTATE PURSUANT TO LBR 6007-1(d); DECLARATION OF PETER COMPTON** |

<u>No Hearing Set</u>

TO SUCH PARTIES AS ARE ENTITLED TO NOTICE IN THIS CHAPTER 11 CASE:

PLEASE TAKE NOTICE that on or after fourteen (14) days after the date of this notice, debtor and debtor in possession, Valley Farm Supply, will sell its 2017 Mercedes-Benz GLS Class (VIN 4JGDF7DE5HA78) (the "Vehicle") with approximately 31,000 miles to Alfano Motorcars, Inc. for $48,000. The Vehicle is secured by lien holder JPMorgan Chase Bank, N.A. with a balance owing as of July 6, 2021, of $28,768.60.

The proposed sale is being made pursuant to Local Bankruptcy Rule 6007-1(d). The proposed sale of the Vehicle is not subject to higher or better bids because the sale is for current market value of the Vehicle and in the Debtor's best business judgment maximizes the profits by avoiding attorney fees, advertising costs, and/or brokerage fees and other related costs. See attached Declarations and

Exhibit A, the value per Kelly Blue Book at kbb.com. The estate is to receive a net profit of approximately $19,231.40.

The Debtor intends to sell the property without a hearing by the court. Any creditors wishing to file an objection to this Notice, must file and serve it and request a hearing not more than 14 days, plus 3 for mailing, after service of the notice, unless the notice specifies a longer period or unless otherwise ordered by the court, and that in the absence of an objection the property may be sold without further notice. If an objection and request for hearing is not filed and served timely, the Debtor may take the proposed action on the date specified in the notice of intent.

Respectfully submitted,

Dated: July 19, 2021

BEALL & BURKHARDT

By: /s/ Carissa N. Horowitz
Carissa N. Horowitz, Attorneys for Debtor

## DECLARATION OF PETER COMPTON

I, Peter Compton, declare and state as follows:

1. I am the President of Valley Farm Supply, Inc., debtor and debtor in possession herein. Each of the matters set forth below is stated of my own personal knowledge and if called as a witness, I could competently testify to each of them.

2. Valley Farm Supply, Inc. is the owner of the Vehicle.

3. JPMorgan Chase Bank, N.A. is the lien holder of the Vehicle. I was informed by JPMorgan Chase Bank, N.A. that as of July 6, 2021, the balance owing is $28,768.60.

4. Alfano Motorcars, Inc., has agreed to purchase the Vehicle for $48,000.

5. I have not been contacted by any potential overbidders and any other person with a desire to purchase the Vehicle. This sale is the best option available.

6. I believe this sale is the Debtor's best interest because the sale maximizes the profits by avoiding attorney fees, advertising cost, and/or brokerage and other related costs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/19/21

_____
Peter Compton

3

## DECLARATION OF CHRISTIAN SMITH

I, Christian Smith, declare and state as follows:

1. I am the sales manager at Alfano Motorcars, Inc. Each of the matters set forth below is stated of my own personal knowledge and if called as a witness, I could competently testify to each of them.

2. I was provided with pictures of the Vehicle and its VIN number. Based upon this information I was able to determine the condition and other specifications in order to run the Vehicle information through KBB.com to obtain the current market of it.

3. Based upon the car type, year, milage, and other accessories, KBB.com determined the current market value to be $48,000. Attached hereto as Exhibit A is a printout from KBB.com on the value of the Vehicle.

4. Alfano Motorcars, Inc., has offered to purchase the Vehicle for $48,000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/16/21

Christian Smith

4



Jul 09, 2021

# KBB.com
# Current Market Value

## 7/9/2021-7/15/2021

Make/Model: 2017 Mercedes-Benz GLS GLS 550 Sport Utility 4D
Engine: V8, Twin Turbo, 4.7L
Trans: Auto, 9-Spd 9G-Tronic
Drive Train: AWD
Mileage: 31,000
License:
VIN: 4JGDF7DE5HA780934
Exterior Color: White

*** Equipment ***

| | | |
|---|---|---|
| Blind-Spot Assist | Park Assist Pilot | Premium 1 Pkg |
| Hill Start Assist Control | Traction Control | Electronic Stablity Control |
| ABS (4-Wheel) | Alarm System | Keyless Entry |
| KEYLESS-GO | Air Conditioning | Air Conditioning, Rear |
| Power Windows | Power Door Locks | Power Close Doors |
| Power Liftgate Release | Tilt & Telescoping Wheel | AM/FM Stereo |
| harmon/kardon Sound | SiriusXM Satellite | Navigation System |
| Bluetooth Wireless | COMAND | Park Assist |
| Parking Sensors | Backup Camera | Dual Air Bags |
| Side Air Bags | F&R Head Curtain Air Bags | Knee Air Bags |
| Heated Seats | Ventilated Seats | Dual Power Seats |
| Leather | Power Third Row | Sun Roof (Sliding) |
| Daytime Running Lights | LED Headlamps | Running Boards |
| Alloy Wheels | Oversized Premium Wheels 20"+ | |

*** Reconditioning Items ***

SAFETY/RECON - $2,349
KBB.com Value:  $50,349
Reconditioning Cost: - $2,349
---
Current Market Value:  $48,000

Alfano Motorcars Inc

KBB.com publication for California: 7/9/2021-7/15/2021
Values are subjective opinions. KBB.com and vAuto, Inc. assume no responsibility for errors or omissions.
© vAuto, Inc. 2021, all rights reserved.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):              NOTICE OF INTENT TO SELL CERTAIN ASSETS OF THE ESTATE PURSUANT TO LBR 6007-1(d); DECLARATION OF PETER COMPTON   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)        **July 19, 2021**                   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*)              **July 19, 2021**                 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED LIST**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)                  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 19, 2021 | Carissa N. Horowitz | /s/ Carissa N. Horowitz |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**

**Notice of Electronic Filing**

- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Hagop T Bedoyan**    hagop.bedoyan@mccormickbarstow.com, terry.douty@mccormickbarstow.com
- **Richard W Brunette**    rbrunette@sheppardmullin.com, vlamonica@sheppardmullin.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Claudia Coleman**    ccoleman@marshackhays.com, ccoleman@ecf.courtdrive.com
- **Donald T Dunning**    ddunning@dunninglaw.com, jmacleod@dunninglaw.com
- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Carissa N Horowitz**    carissa@beallandburkhardt.com, artyc@aol.com;castlesb@aol.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Sandra McBeth**    donna@mcbethlegal.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **Reed H Olmstead**    reed@olmstead.law, olmstead.ecf@gmail.com;r41602@notify.bestcase.com
- **Steven R Stoker**    sstoker@pascuzzi.net, kphaphon@pascuzzi.net
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Mandy D Youngblood**    csbk@gmfinancial.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**Agriculture Envision**
P.O. Box 545
Santa Maria, CA 93456

**American Express**
P. O. Box 981535
El Paso, TX 79998-1535

**Bank of America**
P.O. Box 15019
Wilmington, DE 19886

**Banner Life Insurance**
3275 Bennett Creek
Frederick, MD 21704

**CAT Financial**
P.O. Box 100647
Pasadena, CA 91189

**Community Bank of Santa Maria**
2739 Santa Maria Way
P.O. Box 5307
Santa Maria, CA 93456

**Ford Credit**
P.O. Box 7172
Pasadena, CA 91109

**GM Financial**
Attn: Accounts Payable
P.0. Box 1630
Fort Worth, TX 76101

**Helena Chemical Company**
2397 A Street
Santa Maria, CA 93455

**Liquinox Fertilizer**
21 West Meats Avenue
Orange, CA 92865

**NA-Churs Alpine Solutions**
Dept. 781191

P.O. Box 78000
Detroit, MI 48278

Nature's Way
8410 Buena Vista Street
Moorpark, CA 93021

Nutrien AG
c/o Steven Stoker, Esq.
2377 W. Shaw Ave., Ste 101
Fresno, CA 93711

Peter Compton
P.O. Box 299
Nipomo, CA 93444

Prudential
P.o. Box 856167
Louisville, KY 40285

Simplot AB Retail
P.O. Box 9296
Boise, ID 83707

Small Business Adminstration
10737 Gateway West #300
El Paso, TX 79935

US Bank
P.O. Box 790408
Saint Louis, MO 63179

Wilbur-Ellis Company
P.O.Box 45326
San Francisco, CA 94145

US Trustee's Office
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017