TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ELAN S. LEVEY (State Bar No. 174843)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3997
    Facsimile: (213) 894-7819
    E-mail: elan.levey@usdoj.gov

Attorneys for United States Small Business Administration

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>VALLEY FARM SUPPLY, INC.,<br><br>                   Debtor. | Case No. 9:20-bk-11072-DS<br><br>Chapter 11<br><br>**LIMITED RESPONSE OF U.S. SMALL BUSINESS ADMINISTRATION TO DEBTOR'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN**<br><br>**<u>Hearing Date:</u>**<br>Date:    October 5, 2021<br>Time:    11:30 a.m.<br>Place:    Courtroom 201 or via Zoom.Gov<br>           1415 State Street<br>           Santa Barbara, CA 93101 |

    United States Small Business Administration ("SBA") hereby files its Response to the Disclosure Statement Describing Chapter 11 Plan filed by Valley Farm Supply, Inc., the Chapter 11 debtor and debtor-in-possession (Docket No. 305).

///

///

///

///

1

The Disclosure Statement classifies SBA's secured portion of its claim (Claim No. 16) as a Class 4 secured claim and provides that:

> As part of the confirmation process, ***the Debtor will provide evidence that the Class 4 claimant, junior to Classes 1, 2a, 2b and 3, is wholly unsecured***. The unsecured portion of the Class 4 Claim will be paid as part of Class 12. Upon confirmation, the Class 4 creditor must release its UCC-1 and provide clear title to the collateral to the reorganized Debtor.

Disclosure Statement, 7:21-25. (Emphasis added).

As so stated, Debtor intends to provide evidence in support of its contention that the SBA's asserted secured claim is completely unsecured as part of the plan confirmation process, but has not done so thus far. Accordingly, the SBA reserves all rights and remedies to object to the Debtor's proposed re-classification of the secured portion of the SBA's claim, subject to the Debtor's presentation of appropriate evidentiary support, in conjunction with plan confirmation. SBA further requests all other appropriate relief.

Dated: September 21, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Elan S. Levey*
ELAN S. LEVEY
Assistant United States Attorney

Attorneys for United States Small Business Administration