| Motion for Relief from Stay (Personal Property) | | **F 4001-1.RFS.PP.MOTION** |
|---|---|---|
| In re | (SHORT TITLE) | CHAPTER: 7 |
| VALLEY FARM SUPPLY, INC. | | |
| | Debtor(s). | CASE NO: 9:20-bk-11072-DS |

# EXHIBIT A

RECEIVED

OCT 28 2016

JOHN DEERE FINANCIAL


**JOHN DEERE**
FINANCIAL

Application ID: **12271121**
Version Number: 2

**FIXED RATE CONTRACT**
AG/C&CE Business or Commercial Use

## RETAIL INSTALLMENT CONTRACT - SECURITY AGREEMENT

Contract Begin Date : 10/26/2016

| SELLER'S NAME AND ADDRESS | DEALER NUMBER | PHONE NUMBER |
|---|---|---|
| CAL-COAST MACHINERY, INC.<br>617 S BLOSSER ROAD<br>SANTA MARIA, CA 93458 | | 805-925-0931 |

| BORROWER'S NAME AND PHYSICAL ADDRESS | BORROWER'S TAX ID NUMBER | BORROWER'S PHONE NO. | TYPE OF BUSINESS |
|---|---|---|---|
| VALLEY FARM SUPPLY, INC.<br>1124 TAMA LN<br>SANTA MARIA, CA 93455-1128 | **-***8225 | ***-***-7095 | Corporation |
| BORROWER RESIDES IN (County/State)<br>SANTA MARIA, CA | | BORROWER AGREES TO KEEP GOODS IN (County/State)<br>SANTA BARBARA, CA | |
| NAME AND TITLE OF SIGNING OFFICER<br>PETER JAMES COMPTON - President | | | |

| CO-BORROWER'S NAME AND PHYSICAL ADDRESS | CO-BORROWER'S SOC. SEC. NUMBER | CO-BORROWER'S PHONE NO. | TYPE OF BUSINESS |
|---|---|---|---|
| PETER JAMES COMPTON<br>850 RIATA LN<br>NIPOMO, CA 93444-9475 | ***-**-3517 | 7077 | |

**1. Parties.** This Retail Installment Contract ("Contract") is entered into between Seller ("we", "us" or "our") and the buyer(s) indicated above ("you" or "your"). If more than one buyer is indicated, each buyer shall be jointly and severally liable for all of the obligations under this Contract.

**2. Loan.** Having been quoted both a cash sale price and a time sale price for the equipment and/or services described below (the "Equipment"), you have elected to purchase the Equipment from us for that time sale price under the terms set forth in this Contract. All attachments and accessories itemized on this Contract and all replacements, parts and repairs to the Equipment shall form part of the Equipment.

**3. Installment Payments.** In addition to any down payment, you agree to pay us the Amount Financed, together with finance charges from the Date Finance Charge Begins, at the Annual Percentage Rate, by remitting each of the Installment Payments on or before the due dates indicated. Any amounts applied to this Contract will be applied first to any late charges, any charges for dishonored checks and any other fees or costs due under this agreement, then to finance charges, computed on the date the payment is received and the remainder to the Amount Financed. You agree that your payments will be applied as of the date of receipt if received by 11:00 a.m. Central Time Monday through Friday (otherwise next business day); but if payment is not accompanied by the payment stub, is not in the envelope we provided, includes other items such as other checks, staples or paper clips, or is not received at that location, credit may be delayed up to five days. The Total of Payments, the amount of the final Installment Payment and/or the number of Installment Payments may be adjusted in accordance with the provisions of Section 4 below. This Contract is not accepted by us until we sign it, even if you have made a payment to us. You agree to remit to us the Installment Payments and all other amounts when due and payable each Billing Period, even if we do not send you a bill or an invoice. **YOUR PAYMENT OBLIGATIONS ARE ABSOLUTE AND UNCONDITIONAL, AND ARE NOT SUBJECT TO CANCELLATION, REDUCTION OR SETOFF FOR ANY REASON WHATSOEVER.** For any scheduled payment which is not received by its due date, you agree to pay us interest on the unpaid amount at a rate of 20% per annum on that scheduled payment, but in no event more than the maximum lawful rate, from the due date until paid. However, if the Seller's place of business is in Minnesota, the late charge will be the greater of 5% of the past due amount and $7.80 if not received within 10 days of its due date or if the Seller's place of business is in West Virginia and the Amount Financed above is $45,000 or less the late charge will be the lesser of 5% of the past due amount and $30.00 if not received within 10 days of its due date. Restrictive endorsements on checks you send to us will not change or reduce your obligations to us. We will not lose any rights if we accept late or partial payments or delay enforcing our rights under this Contract. If a check or electronic payment authorization you give us is dishonored upon first presentment, you agree to pay us a fee of $25.00, or the maximum amount permitted by law, whichever is less. No such fee will be due if the Seller's place of business is in Minnesota or North Dakota, or if the Seller's

## THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE

| DOC8002 | Settlement Nbr: 12271121 | Equipment Type: Agriculture Agricultural | | |
|---|---|---|---|---|
| | Application ID: 12271121 | Version Number: 2 | 10/21/2016 04:25 PM | Page 1 of 6 |
| Revision Date: 21 August 2016 | | | | |



DOC8002

| Settlement Nbr: 12271121 | | |
| --- | --- | --- |
| Application ID: 12271121 | | |
| 10/21/2016 04:25 PM | Equipment Type: Agricultural | Version Number: 2 | Page 2 of 6 |

Revision Date: 21 August 2016

**THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE**

place of business is in West Virginia and the Amount Financed above is $45,000.00 or less. Also, if the Seller's place of business is in [...] California, you agree to pay us a fee of $35.00 for each subsequent check passed on insufficient funds, or the maximum amount [...] permitted by law, whichever is less. Installment Payments and other payments, including proceeds of insurance or any sale of the Equipment, may be applied, at our discretion and in spite of any instructions, to any obligation you may have to us or any assignee of this Contract or any affiliate of that assignee. If the total of all payments made by you exceeds the total of all amounts due under this Contract by less than $25.00, we may retain such excess. However, if the Seller's place of business is in Minnesota, we will not retain more than $1.00.

**EQUIPMENT PURCHASED:**

| QTY. | USED/NEW | MFR. | MODEL | EQUIPMENT DESCRIPTION | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 1 | NEW | JD | 825 | XUV 825i S4 Multi-Passenger Gator | $17,308.00 |

PRODUCT ID NO. 1M0825GEPEGM115273

**TRADE-IN and CASH DOWN PAYMENT**

| QTY. | MFR. | MODEL | DESCRIPTION OF TRADE-IN (From Purchase Order) | PRODUCT ID NO. | AMOUNT |
| --- | --- | --- | --- | --- | --- |

| | | |
| --- | --- | --- |
| TOTAL TRADE-IN: | | $0.00 |
| CASH DOWN PAYMENT: | | $3,783.97 |
| RENTAL APPLIED: | | $0.00 |
| TOTAL TRADE-IN PLUS CASH DOWN: | | $3,783.97 |

The amounts shown below as Finance Charge, Total of Payments and Total Sale Price are estimates based upon the assumption that payments will be made on the scheduled payment due date according to the installment schedule. The actual Finance Charge, Total of Payments, and Total Sale Price may vary depending upon the early or late payment of scheduled installments.

**INSTALLMENT PAYMENTS**

DATE FINANCE CHARGE BEGINS: October 26, 2016

The first Installment Payment Due Date is November 26, 2016 and each successive Installment Payment is due on the same day of the Month thereafter, (the "Billing Period"), unless otherwise provided below.

| NUMBER OF PAYMENTS | AMOUNT OF EACH PAYMENT | DUE DATE |
| --- | --- | --- |
| 69 | $222.54 | November 26, 2016 |
| 1 | $222.54 | October 26, 2021 |

**ITEMIZATION OF AMOUNT FINANCED**

| | | |
| --- | --- | --- |
| | SALES TAX (Paid to Govt. Agencies) | $475.97 |
| 1 | CASH PRICE (Including Tax) | $17,783.97 |
| 2 | TOTAL DOWN PAYMENT (Sum of Trade-In & Cash Down Payment) | $3,783.97 |
| 3 | UNPAID BALANCE OF CASH PRICE | $14,000.00 |
| 4 | INSURANCE (Physical Damage Paid to Insurance Companies) (The amount credited to your account with us) | $0.00 |
| 4A | ORIGINATION FEES | $0.00 |
| 5 | OFFICIAL FEES (Paid to Public Officials) | $0.00 |
| 6 | AMOUNT FINANCED (Lines 3, 4, 4A, 5 & 5A (if Applicable)) The amount of credit provided to you. | $14,000.00 |
| 7 | FINANCE CHARGE (Based on Line 6) The dollar amount the credit will cost you. | $0.00 |
| 8 | TOTAL OF PAYMENTS (Lines 6 & 7) The amount you will have paid after you have made all payments as scheduled. | $14,000.00 |
| | ANNUAL PERCENTAGE RATE (The cost of your credit as a yearly rate) | 0.00% |
| | TOTAL SALE PRICE (Lines 1, 4, 4A, 5 & 5A (if Applicable), 6, 7) The total price of your purchase on credit, including the Total Down Payment of $3,783.97. | $17,783.97 |

**4. Prepayment.** You may prepay your obligations under this Contract in full at any time by paying the unpaid principal balance and any earned and unpaid finance charges. The unpaid principal balance includes any origination fee. If applicable law requires us to refund any of the origination fee upon prepayment, you agree that we may retain an amount equal to that amount as a prepayment penalty.

**5. Security Interest; Missing Information.** You grant us, and any assignee of this Contract or any affiliate of that assignee, a security interest in the Equipment (and all proceeds thereof) to secure all of your obligations under this Contract and any other obligations which you may have to us or any assignee of that assignee, at any time and you agree that any security interest you have granted or hereafter grant to us or any assignee of this Contract or any affiliate of that assignee shall also secure your obligations under this Contract, however, if this contract was signed in Oregon and the equipment includes a trailer, you do not grant us a security interest in that trailer. You agree that any assignee of this Contract may act as agent for its affiliates and its

affiliates may act as agent for that assignee, in order to perfect and realize on any security interest described above. Upon receipt of all amounts due and to become due under this Contract, we will release our security interest in the Equipment (but not the security interest for amounts due an affiliate of an assignee), provided no event of default has occurred and is continuing. You agree to keep the Equipment free and clear of all liens and encumbrances, except those in favor of us, any assignee of this Contract and its affiliates as described above, and to promptly notify us if a lien or encumbrance is placed or threatened against the Equipment. You irrevocably authorize us, at any time, to (a) insert or correct information on this Contract, including your correct legal name, serial numbers and Equipment descriptions; (b) submit notices and proofs of loss for any required insurance; (c) endorse your name on remittances for insurance and Equipment sale or lease proceeds; and (d) file a financing statement(s) which describes either the Equipment or all equipment currently or in the future financed by us. Notwithstanding any other election you may make, you agree that (1) we can access any information regarding the location, maintenance, operation and condition of the Equipment; (2) you irrevocably authorize anyone in possession of that information to provide all of that information to us upon our request; (3) you will not disable or otherwise interfere with any information gathering or transmission device within or attached to the Equipment; and (4) we may reactivate any such device.

**6. Equipment Maintenance, Operation and Use.** You agree to (a) USE THE EQUIPMENT ONLY FOR AGRICULTURAL, BUSINESS OR COMMERCIAL PURPOSES AND NOT FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES; (b) operate and maintain the Equipment in accordance with all (1) applicable laws, ordinances and regulations, (2) manuals and other instructions issued by the manufacturer(s) and supplier(s), and (3) insurance policy terms and requirements; (c) perform (at your expense) all maintenance and repairs necessary to keep the Equipment in as good a condition as when delivered to you, reasonable wear excepted; (d) allow us and our agent(s) to inspect the Equipment and all of your records related to its use, maintenance and repair, at any reasonable time; and (e) not permit the Equipment to be used by, or to be in the possession of, anyone other than you or your employees.

**7. Insurance.** You agree, at your cost, to maintain all-risk insurance coverage with respect to the Equipment for no less than its full replacement value, naming us (and our successor and assigns) as sole loss payee. You may choose who provides that insurance, but that insurance must be with an insurer that is authorized to do business in your state or an eligible surplus lines insurer and policies acceptable to us. Your obligation to insure the Equipment continues until all your other obligations under this Contract are satisfied. Each insurance policy must provide that (1) our interest in the policy will not be invalidated by any act, omission, breach or neglect of anyone other than us; (2) the insurer will give us at least 30 days' prior written notice before any cancellation of, non-renewal of, or material change to, the policy; and (3) such coverage shall be primary over any insurance purchased by us (or our affiliates).

Unless you provide us with evidence of the required insurance coverages, we may, but are not required to, purchase insurance, at your expense, to protect our interests in the Equipment and charge you an insurance fee on which we may make a profit. This insurance may not (1) protect your interests; or (2) pay any claim that you make or any claim that is made against you in connection with the Equipment. You may later cancel any insurance purchased by us, but only after providing us with evidence that you have obtained the insurance required by this Contract. **THE COST OF THE INSURANCE MAY BE MORE THAN THE COST OF THE INSURANCE YOU MAY BE ABLE TO OBTAIN ON YOUR OWN. THE COVERAGES OF THAT INSURANCE MAY BE DIFFERENT FROM THE COVERAGES OF INSURANCE YOU MAY BE ABLE TO OBTAIN ON YOUR OWN.** You agree to pay us the cost of any insurance plus a $150 insurance placement and service fee. You will immediately pay that amount to us or we may, at our sole discretion, add that cost to the Account Balance and increase the required Installment Payments accordingly.

If a default occurs, you authorize us to cancel the insurance on the Equipment and apply any returned premiums to the Account Balance.

If the cost of the insurance was included in the Amount Financed, that insurance will terminate (a) if your debt to us is discharged, (b) if we release our security interest in the Equipment, (c) if a default occurs and we cancel the insurance, (d) if the Equipment is repossessed, (e) if the Floater Policy under which you purchased that insurance terminates, or (f) on the due date of the final scheduled Installment Payment.

**8. Loss or Damage.** Until all of your obligations under this Contract are satisfied, you are responsible for all risk of loss and damage, loss, theft, destruction or seizure of the Equipment (an "Event of Loss"). You must promptly notify us of any Event of Loss. If the Equipment can be repaired or replaced, you agree to promptly repair or replace the Equipment, at your cost, and the terms of this Contract will continue to apply. If the Equipment cannot be repaired or replaced, you agree to immediately pay us the Account Balance. Upon receipt of the Account Balance, we will release our security interest in the Equipment. All insurance proceeds must be paid directly to us, and we may apply any excess insurance proceeds to any other amounts you owe us or any assignee of this Contract or any affiliate of that assignee.

**THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE**

| DOC8002 | Settlement Nbr: 12271121 | Equipment Type: Agriculture Agricultural | | Page 3 of 6 |
| | Application ID: 12271121 | Version Number: 2 | 10/21/2016 04:25 PM | |

Revision Date: 21 August 2016



9. **Default.** We may determine you to be in default if: (a) you fail to remit to us any Installment Payment or other payment when due; (b) you breach any other provision of this Contract; (c) you remove any Equipment from the United States; (d) a petition is filed by or against you or any guarantor under any bankruptcy, attachment, execution or insolvency law or you or any such guarantor make an assignment for the benefit of creditors; (e) a default occurs under any other agreement between you (or any of your affiliates) and us (or any assignee of this Contract or any affiliate of that assignee); (f) you or any guarantor merges with or consolidates into another entity, sells substantially all its assets, dissolves or terminates its existence, or (if an individual) dies or becomes incompetent; (g) you fail to maintain the insurance required by this Contract; or (h) if for any reason, we deem the debt or the Equipment to be insecure. Time is of the essence under this Contract.

10. **Remedies.** If we determine that you are in default, we may do one or more of the following: (a) recover from you, AS LIQUIDATED DAMAGES FOR LOSS OF BARGAIN AND NOT AS A PENALTY, the Account Balance as of the date of such default, without presentment or demand or notice of intent to declare all of that indebtedness immediately due and payable (b)declare any other agreements between you and us in default; (c) terminate any of your rights (but none of your obligations) under this Contract and any other agreement between you and us (or any assignee of this Contract or any affiliate of that assignee); (d) require you to deliver the Equipment to us in the manner outlined below, or take possession of the Equipment; (e) lease or sell the Equipment or any portion thereof at a public or private sale; (f) apply the net proceeds we receive from any sale, lease or other disposition of the Equipment (after deducting all of our costs and expenses) to your obligations under this Contract, with you remaining liable for any deficiency; (g) require you to reimburse and indemnify us for all losses, claims, damages and expenses of any kind or nature whatsoever incurred in connection with the Equipment or this Contract and/or the enforcement of our remedies hereunder including, without limitation, repossession, repair and collection costs, damage awards, attorneys' fees and court and bankruptcy fees and costs; (h) exercise any other remedy available at law or in equity; and (i) take on your behalf (at your expense) any action required by this Contract which you fail to take. These remedies are cumulative, are in addition to any other remedies provided for by law, and may be exercised concurrently or separately. Any failure or delay by us to exercise any right shall not operate as a waiver of any other right or future right. In no event will the costs and expenses referred to in this section be more than those allowed by law. If we determine that you are in default, all Equipment must be delivered to the place designated by us, at your expense and in satisfactory condition, along with all use, maintenance and repair records. Equipment is in satisfactory condition if it is in as good a condition as when the Equipment was delivered to you, reasonable wear excepted, as determined by us in our sole discretion.

11. **Assignment.** You will not assign, pledge or otherwise transfer any of your rights or interests in this Contract or any Equipment without our prior written consent. Any assignment without our consent will be void. We may assign this Contract or our interest in the Equipment at any time without notice to you and without your consent. We may provide information about you to any prospective assignee or participant. You agree not to assert against our assignee any claims, offsets or defenses which you may have against us.

12. **Representations and Warranties.** You represent, warrant and covenant to us so long as this Contract is in effect, that: (a) you will not change your name without giving us at least 30 days' prior written notice; (b) each document you sign and deliver to us is duly authorized, executed and delivered by you, and is your valid, legal and binding agreement, enforceable in accordance with its terms; (c) the execution, delivery and performance by you of this Contract does not (and will not) violate any applicable law or breach any order of court or other governmental agency, or of any undertaking you are a party to or by which you or any of your properties are bound; (d) you will comply with all applicable laws, ordinances and regulations; (e) upon execution of this Contract, we shall have good and marketable title to any trade-in equipment free and clear of all liens and encumbrances whatsoever, (f) all information you have given to us is true, accurate and complete; (g) since the date of the most recent financial information given to us, no material adverse change in your business, assets, or prospects has occurred; (h) you will promptly deliver to us such financial statements, reports and other information as we may request; (i) the Equipment was selected by you; (j) the Equipment (including all manufacturer manuals and instructions) has been delivered to, and examined by, you; (k) the safe operation and the proper servicing of the Equipment were explained to you; (l) you received the written warranty applicable to the Equipment and understand that your rights under the written warranty may be limited; (m) the Equipment is unconditionally and irrevocably accepted by you as being suitable for its intended use; (n) the Equipment is in good condition and repair (operating and otherwise); (o) the Equipment shall be used only for the purpose indicated herein, will remain in your possession and will not be sold, rented or leased; and (p) you will pay all taxes assessed on the Equipment.

Unless you are an individual, you also represent, warrant and covenant to us that: (a) you are and will remain duly organized, validly existing and in good standing under the laws of your jurisdiction of organization; (b) you are qualified to do business under the laws of all other jurisdictions where qualification is required or advisable; (c) you will not change your jurisdiction of organization or organization type without at least 30 days' prior written notice to us; and (d) the execution, delivery and performance by you of this Contract will not breach any provision of your organizational documents.

**THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE**

| | | | | |
|---|---|---|---|---|
| | Settlement Nbr:  12271121 | Equipment Type: Agriculture  Agricultural | | |
| DOC8002 | Application ID:  12271121 | Version Number:  2 | 10/21/2016 04:25 PM | Page 4 of 6 |
| Revision Date: 21 August 2016 | | | | |



If you are an individual, you agree not to move your residence to a different county or state without at least 30 days' prior written notice to us.

**13. Governing Law; Jurisdiction; Venue. THIS CONTRACT WILL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF THE SELLER'S PLACE OF BUSINESS, WHERE THIS CONTRACT IS ACCEPTED AND ENTERED INTO,** except for its conflict of laws provisions. It is further expressly agreed that finance and origination charges will not be charged in excess of the highest rate specified in the laws of that state and that future adjustments will be made to avoid the payment of interest in excess of such limits.

You irrevocably submit to the non-exclusive jurisdiction and venue of federal and state courts located in Des Moines, Iowa and will not claim it is an inconvenient forum for legal action. **YOU AND WE IRREVOCABLY WAIVE ANY RIGHT YOU AND WE MAY HAVE TO A JURY TRIAL.**

**14. Miscellaneous. WE HAVE NOT MADE, AND DO NOT MAKE, ANY REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, AS TO THE EQUIPMENT'S MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SUITABILITY, OR OTHERWISE. WE ARE NOT LIABLE FOR CONSEQUENTIAL OR SPECIAL DAMAGES.** You agree not to withhold any amount you owe us if you believe you have a claim against us, or any manufacturer(s) of the Equipment, but to pursue that claim independently. Any claim you have against us must be made within two years after the event that caused it. All notices must be in writing and will be deemed given 5 days after mailing to the intended recipient at its address indicated above, unless changed by a notice given in accordance with this Section. This Contract supersedes and replaces all prior understandings and communications (oral or written) concerning the subject matter thereof. No part of this Contract can be amended, waived or terminated except by a writing signed by both you and us. This Contract may be signed in separate counterparts that, together, will constitute one document. A paper or facsimile transmission copy of your signature or an electronic signature shall constitute an original signature under applicable law for all purposes. If a court finds any part of this Contract to be invalid or unenforceable, the remainder of this Contract will remain in effect. You permit us, and those third parties who provide services to us, to monitor and record telephone conversations between you and us. You agree that by providing us any telephone number, including a mobile phone number, we, any debt collector we retain, and those third parties who provide services to us, can contact you using that number, including calls using an automatic dialing and announcing device and prerecorded calls. All of our rights shall remain in effect after the expiration or termination of this Contract.

You and we intend to comply with all applicable laws. In no event will we charge or collect any amounts in excess of those allowed by applicable law. In the event any amount in excess of that allowed by law is charged or recovered, any such charge will be deemed limited by the amount legally allowed and any amount received by us in excess of that legally allowed will be applied by us to the payment of amounts legally allowed under this Contract, or refunded to you.

**THE TERMS OF THIS CONTRACT SHOULD BE READ CAREFULLY BEFORE SIGNING BECAUSE ONLY THESE WRITTEN TERMS ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES MAY BE LEGALLY ENFORCED. BY SIGNING THIS CONTRACT, YOU AGREE TO THE TERMS ON ALL PAGES. THIS CONTRACT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN YOU AND US, EXCEPT AS WE MAY LATER AGREE IN WRITING TO MODIFY IT.**

**This written loan agreement represents the final agreement between the parties and may not be contradicted by evidence of prior, contemporaneous, or subsequent oral agreements of the parties.**

**There are no unwritten oral agreements between the parties.**

VALLEY FARM SUPPLY, INC.

_____10/26/16_____    By: _____
(Date Signed)              PETER JAMES COMPTON, President

---

**THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE**



| DOC8002 | Settlement Nbr: 12271121 | Equipment Type: Agriculture Agricultural | | Page 5 of 6 |
|---|---|---|---|---|
| Revision Date: 21 August 2016 | Application ID: 12271121 | Version Number: 2 | 10/21/2016 04:25 PM | |

X

**10/26/16**
(Date Signed)    PETER JAMES COMPTON, individually

**SELLER'S SIGNATURE**

CAL-COAST MACHINERY, INC.
(Seller's Name)

**10/26/16**    By:
(Date Agreement Signed)    **DEALER MUST SIGN**

**If this contract is assigned to John Deere, the following form of assignment will be used.**

**ASSIGNMENT.** For value received, Seller hereby sells, assigns and otherwise transfers to Deere & Company ("Deere"), its successors and assigns, under the terms and conditions of the applicable Finance Agreement now in effect between Seller and Deere, all of Seller's right, title and interest in and to (1) this Retail Installment Contact, (2) all rights and remedies hereunder, (3) all Installment Payments and other amounts due and to become due hereunder, (4) all insurance proceeds and other proceeds, and (5) all Equipment subject hereto. This instrument is not an assignment of any Seller's obligations to the buyer of the Equipment. Seller authorizes Deere, its successors or assigns, to do every act or thing necessary to collect and discharge the same.

CAL-COAST MACHINERY, INC.
(Dealer)

Signed by:
**10/26/16**
(Date)    **DEALER MUST SIGN**

**THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE**

| DOC8002 | Settlement Nbr: 12271121 | Equipment Type: Agriculture Agricultural | | Page 6 of 6 |
|---|---|---|---|---|
| Revision Date: 21 August 2016 | Application ID: 12271121 | Version Number: 2 | 10/21/2016 04:25 PM | |



# RECEIVED

DEC 20 2016



**JOHN DEERE**
FINANCIAL   JOHN DEERE FINANCIAL

Application ID: **12295444**
Version Number:  1
FIXED RATE CONTRACT
AG/C&CE Business or Commercial Use

## RETAIL INSTALLMENT CONTRACT - SECURITY AGREEMENT
### Contract Begin Date : 12/16/2016

| SELLER'S NAME AND ADDRESS | | |
|---|---|---|
| CAL-COAST MACHINERY, INC.<br>617 S BLOSSER ROAD<br>SANTA MARIA, CA 93458 | DEALER NUMBER | PHONE NUMBER<br>805-925-0931 |

| BORROWER'S NAME AND PHYSICAL ADDRESS | | | |
|---|---|---|---|
| VALLEY FARM SUPPLY, INC.<br>1124 TAMA LN<br>SANTA MARIA, CA 93455-1128 | BORROWER'S TAX ID NUMBER<br>**-***8225 | BORROWER'S PHONE NO.<br>7095 | TYPE OF BUSINESS<br>Corporation |
| BORROWER RESIDES IN (County/State)<br>SANTA BARBARA, CA | BORROWER AGREES TO KEEP GOODS IN (County/State)<br>SANTA BARBARA, CA | | |
| NAME AND TITLE OF SIGNING OFFICER<br>PETER JAMES COMPTON - President | | | |

| CO-BORROWER'S NAME AND PHYSICAL ADDRESS | | | |
|---|---|---|---|
| PETER JAMES COMPTON<br>830 RIATA LN<br>NIPOMO, CA 93444-9475 | CO-BORROWER'S SOC. SEC. NUMBER<br>***-**-3517 | CO-BORROWER'S PHONE NO.<br>7077 | TYPE OF BUSINESS |

**1. Parties.** This Retail Installment Contract ("Contract") is entered into between Seller ("we", "us" or "our") and the buyer(s) indicated above ("you" or "your"). If more than one buyer is indicated, each buyer shall be jointly and severally liable for all of the obligations under this Contract.

**2. Loan.** Having been quoted both a cash sale price and a time sale price for the equipment and/or services described below (the "Equipment"), you have elected to purchase the Equipment from us for that time sale price under the terms set forth in this Contract. All attachments and accessories itemized on this Contract and all replacements, parts and repairs to the Equipment shall form part of the Equipment.

**3. Installment Payments.** In addition to any down payment, you agree to pay us the Amount Financed, together with finance charges from the Date Finance Charge Begins, at the Annual Percentage Rate, by remitting each of the Installment Payments on or before the due dates indicated. Any amounts applied to this Contract will be applied first to any late charges, any charges for dishonored checks and any other fees or costs due under this agreement, then to finance charges, computed on the date the payment is received and the remainder to the Amount Financed. You agree that your payments will be applied as of the date of receipt if received by 11:00 a.m. Central Time Monday through Friday (otherwise next business day); but if payment is not accompanied by the payment stub, is not in the envelope we provided, includes other items such as other checks, staples or paper clips, or is not received at that location, credit may be delayed up to five days. The Total of Payments, the amount of the final Installment Payment and/or the number of Installment Payments may be adjusted in accordance with the provisions of Section 4 below. This Contract is not accepted by us until we sign it, even if you have made a payment to us. You agree to remit to us the Installment Payments and all other amounts when due and payable each Billing Period, even if we do not send you a bill or an invoice. **YOUR PAYMENT OBLIGATIONS ARE ABSOLUTE AND UNCONDITIONAL, AND ARE NOT SUBJECT TO CANCELLATION, REDUCTION OR SETOFF FOR ANY REASON WHATSOEVER.** For any scheduled payment which is not received by its due date, you agree to pay us interest on the unpaid amount at a rate of 20% per annum on that scheduled payment, but in no event more than the maximum lawful rate, from the due date until paid. However, if the Seller's place of business is in Minnesota, the late charge will be the greater of 5% of the past due amount and $7.80 if not received within 10 days of its due date or if the Seller's place of business is in West Virginia and the Amount Financed above is $45,000 or less the late charge will be the lesser of 5% of the past due amount and $30.00 if not received within 10 days of its due date. Restrictive endorsements on checks you send to us will not change or reduce your obligations to us. We will not lose any rights if we accept late or partial payments or delay enforcing our rights under this Contract. If a check or electronic payment authorization you give us is dishonored upon first presentment, you agree to pay us a fee of $25.00, or the maximum amount permitted by law, whichever is less. No such fee will be due if the Seller's place of business is in Minnesota or North Dakota, or if the Seller's

### THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE

| DOC8002 | Settlement Nbr: 12295444 | Equipment Type: Agriculture Agricultural | | |
|---|---|---|---|---|
| Revision Date: 21 August 2016 | Application ID: 12295444 | Version Number: 1 | 12/14/2016 09:28 AM | Page 1 of 6 |



place of business is in West Virginia and the Amount Financed above is $45,000 or less. Also, if the Seller's place of business is in California, you agree to pay us a fee of $35.00 for each subsequent check passed on insufficient funds, or the maximum amount permitted by law, whichever is less. Installment Payments and other payments, including proceeds of insurance or any sale of the Equipment, may be applied, at our discretion and in spite of any instructions you may provide, to any obligation you may have to us or any assignee of this Contract or any affiliate of that assignee. If the total of all payments made by you exceeds the total of all amounts due under this Contract by less than $25.00, we may retain such excess. However, if the Seller's place of business is in Minnesota, we will not retain more than $1.00.

### EQUIPMENT PURCHASED

| QTY. | NEW/USED | MFR. | MODEL | EQUIPMENT DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 1 | NEW | JD | 5100 | 510CE CAB MFWD UTILITY TRACTOR | $58,400.00 |
| PRODUCT ID NO. | 1LV5100EAGG401224 | | | | |

### TRADE-IN and CASH DOWN PAYMENT

| QTY. | MFR. | MODEL | DESCRIPTION OF TRADE-IN (From Purchase Order) | PRODUCT ID NO. | AMOUNT |
|---|---|---|---|---|---|
| | | | | TOTAL TRADE-IN: | $0.00 |
| | | | | CASH DOWN PAYMENT: | $11,714.00 |
| | | | | RENTAL APPLIED: | $0.00 |
| | | | | TOTAL TRADE-IN PLUS CASH DOWN: | $11,714.00 |

### INSTALLMENT PAYMENTS
DATE FINANCE CHARGE BEGINS: December 16, 2016

The first Installment Payment Due Date is January 16, 2017 and each successive Installment Payment is due on the same day of the Month thereafter, (the "Billing Period"), unless otherwise provided below:

| NUMBER OF PAYMENTS | AMOUNT OF EACH PAYMENT | DUE DATE |
|---|---|---|
| 60 | $800.00 | January 16, 2017 |

The amounts shown below as Finance Charge, Total of Payments and Total Sale Price are estimates based upon the assumption that payments will be made on the scheduled payment due date according to the installment schedule. The actual Finance Charge, Total of Payments, and Total Sale Price may vary depending upon the early or late payment of scheduled installments.

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| SALES TAX (Paid to Govt. Agencies) | | $1,314.00 |
| CASH PRICE (Including Tax) | 1 | $59,714.00 |
| TOTAL DOWN PAYMENT (Sum of Trade-in & Cash Down Payment) | 2 | $11,714.00 |
| UNPAID BALANCE OF CASH PRICE (The amount credited to your account with us) | 3 | $48,000.00 |
| INSURANCE (Physical Damage Paid to Insurance Companies) | 4 | $0.00 |
| ORIGINATION FEES | 4A | $0.00 |
| OFFICIAL FEES (Paid to Public Officials) | 5 | $0.00 |
| AMOUNT FINANCED (Lines 3, 4, 4A, 5 & 5A (if Applicable) ) The amount of credit provided to you. | 6 | $48,000.00 |
| FINANCE CHARGE (Based on Line 6) The dollar amount the credit will cost you. | 7 | $0.00 |
| TOTAL OF PAYMENTS (Lines 6 & 7) The amount you will have paid after you have made all payments as scheduled. | 8 | $48,000.00 |
| ANNUAL PERCENTAGE RATE (The cost of your credit as a yearly rate) | | 0.00% |
| TOTAL SALE PRICE (Lines 1, 4, 4A, 5, 5A (if Applicable), & 7) The total price of your purchase on credit, including the Total Down Payment of $11,714.00. | | $59,714.00 |

**4. Prepayment.** You may prepay your obligations under this Contract in full at any time by paying the unpaid principal balance and any earned and unpaid finance charges. The unpaid principal balance includes any origination fee. If applicable law requires us to refund any of the origination fee upon prepayment you agree that we may retain an amount equal to that amount as a prepayment penalty.

**5. Security Interest; Missing Information.** You grant us, and any assignee of this Contract or any affiliate of that assignee, a security interest in the Equipment (and all proceeds thereof) to secure all of your obligations under this Contract and any other obligations which you may have to us or any assignee of this Contract of any affiliates of that assignee, at any time and you agree that any security interest you have granted or hereafter grant to us or any assignee of this Contract or any affiliate of that assignee shall also secure your obligations under this Contract, however, if the contract was signed in Oregon and the equipment includes a trailer, you do not grant us a security interest in that trailer. You agree that any assignee of this Contract may act as agent for its affiliates and its

### THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE

| DOC8002 | Settlement Nbr: 12295444 | Equipment Type: Agriculture Agricultural | | Page 2 of 6 |
|---|---|---|---|---|
| Revision Date: 21 August 2016 | Application ID: 12295444 | Version Number: 1 | 12/14/2016 09:28 AM | |



affiliates may act as agent for that assignee, in order to perfect and realize on any security interest described above. Upon receipt of all amounts due and to become due under this Contract, we will release our security interest in the Equipment (but not the security interest for amounts due an affiliate of an assignee), provided no event of default has occurred and is continuing. You agree to keep the Equipment free and clear of all liens and encumbrances, except those in favor of us, any assignee of this Contract and its affiliates as described above, and to promptly notify us if a lien or encumbrance is placed or threatened against the Equipment. You irrevocably authorize us, at any time, to (a) insert or correct information on this Contract, including your correct legal name, serial numbers and Equipment descriptions; (b) submit notices and proofs of loss for any required insurance; (c) endorse your name on remittances for insurance and Equipment sale or lease proceeds; and (d) file a financing statement(s) which describes either the Equipment or all equipment currently or in the future financed by us. Notwithstanding any other election you may make, you agree that (1) we can access any information regarding the location, maintenance, operation and condition of the Equipment; (2) you irrevocably authorize anyone in possession of that information to provide all of that information to us upon our request; (3) you will not disable or otherwise interfere with any information gathering or transmission device within or attached to the Equipment; and (4) we may reactivate any such device.

**6. Equipment Maintenance, Operation and Use.** You agree to (a) USE THE EQUIPMENT ONLY FOR AGRICULTURAL, BUSINESS OR COMMERCIAL PURPOSES AND NOT FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES; (b) operate and maintain the Equipment in accordance with all (1) applicable laws, ordinances and regulations, (2) manuals and other instructions issued by the manufacturer(s) and supplier(s), and (3) insurance policy terms and requirements; (c) perform (at your expense) all maintenance and repairs necessary to keep the Equipment in as good a condition as when delivered to you, reasonable wear excepted; (d) allow us and our agent(s) to inspect the Equipment and all of your records related to its use, maintenance and repair, at any reasonable time; and (e) not permit the Equipment to be used by, or to be in the possession of, anyone other than you or your employees.

**7. Insurance.** You agree, at your cost, to maintain all-risk insurance coverage with respect to the Equipment for no less than its full replacement value, naming us (and our successor and assigns) as sole loss payee. You may choose who provides that insurance, but that insurance must be with an insurer that is authorized to do business in your state or an eligible surplus lines insurer and policies acceptable to us. Your obligation to insure the Equipment continues until all your other obligations under this Contract are satisfied. Each insurance policy must provide that (1) our interest in the policy will not be invalidated by any act, omission, breach or neglect of anyone other than us; (2) the insurer will give us at least 30 days' prior written notice before any cancellation of, non-renewal of, or material change to, the policy; and (3) such coverage shall be primary over any insurance purchased by us (or our affiliates).

Unless you provide us with evidence of the required insurance coverages, we may, but are not required to, purchase insurance, at your expense, to protect our interests in the Equipment and charge you an insurance fee on which we may make a profit. This insurance may not (1) protect your interests; or (2) pay any claim that you make or any claim that is made against you in connection with the Equipment. You may later cancel any insurance purchased by us, but only after providing us with evidence that you have obtained the insurance required by this Contract. THE COST OF THE INSURANCE MAY BE MORE THAN THE COST OF THE INSURANCE YOU MAY BE ABLE TO OBTAIN ON YOUR OWN. THE COVERAGES OF THAT INSURANCE MAY BE DIFFERENT FROM THE COVERAGES OF INSURANCE YOU MAY BE ABLE TO OBTAIN ON YOUR OWN. You agree to pay us the cost of any insurance plus a $150 insurance placement and service fee. You will immediately pay that amount to us or we may, at our sole discretion, add that cost to the Account Balance and increase the required Installment Payments accordingly.

If a default occurs, you authorize us to cancel the insurance on the Equipment and apply any returned premiums to the Account Balance.

If the cost of the insurance was included in the Amount Financed, that insurance will terminate (a) if your debt to us is discharged, (b) if we release our security interest in the Equipment, (c) if a default occurs and we cancel the insurance, (d) if the Equipment is repossessed, (e) if the Floater Policy under which you purchased that insurance terminates, or (f) on the due date of the final scheduled Installment Payment.

**8. Loss or Damage.** Until all of your obligations under this Contract are satisfied, you are responsible for all risk of loss and damage, loss, theft, destruction or seizure of the Equipment (an "Event of Loss"). You must promptly notify us of any Event of Loss. If the Equipment can be repaired or replaced, you agree to promptly repair or replace the Equipment, at your cost, and the terms of this Contract will continue to apply. If the Equipment cannot be repaired or replaced, you agree to immediately pay us the Account Balance. Upon receipt of the Account Balance, we will release our security interest in the Equipment. All insurance proceeds must be paid directly to us, and we may apply any excess insurance proceeds to any other amounts you owe us or any assignee of this Contract or any affiliate of that assignee.

**THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE**

| DOC8002 | Settlement Nbr: 12295444 | Equipment Type: Agriculture Agricultural | | |
|---|---|---|---|---|
| | Application ID: 12295444 | Version Number: 1 | 12/14/2016 09:28 AM | Page 3 of 6 |

Revision Date: 21 August 2016



**9. Default.** We may determine you to be in default if: (a) you fail to remit to us any Installment Payment or other payment when due; (b) you breach any other provision of this Contract; (c) you remove any Equipment from the United States; (d) a petition is filed by or against you or any guarantor under any bankruptcy, attachment, execution or insolvency law or you or any such guarantor make an assignment for the benefit of creditors; (e) a default occurs under any other agreement between you (or any of your affiliates) and us (or any assignee of this Contract or any affiliate of that assignee); (f) you or any guarantor merges with or consolidates into another entity, sells substantially all its assets, dissolves or terminates its existence, or (if an individual) dies or becomes incompetent; (g) you fail to maintain the insurance required by this Contract; or (h) if for any reason, we deem the debt or the Equipment to be insecure. Time is of the essence under this Contract.

**10. Remedies.** If we determine that you are in default, we may do one or more of the following: (a) recover from you, AS LIQUIDATED DAMAGES FOR LOSS OF BARGAIN AND NOT AS A PENALTY, the Account Balance as of the date of such default, without presentment or demand or notice of intent to declare all of that indebtedness immediately due and payable (b)declare any other agreements between you and us in default; (c) terminate any of your rights (but none of your obligations) under this Contract and any other agreement between you and us (or any assignee of this Contract or any affiliate of that assignee); (d) require you to deliver the Equipment to us in the manner outlined below, or take possession of the Equipment; (e) lease or sell the Equipment or any portion thereof at a public or private sale; (f) apply the net proceeds we receive from any sale, lease or other disposition of the Equipment (after deducting all of our costs and expenses) to your obligations under this Contract, with you remaining liable for any deficiency; (g) require you to reimburse and indemnify us for all losses, claims, damages and expenses of any kind or nature whatsoever incurred in connection with the Equipment or this Contract and/or the enforcement of our remedies hereunder including, without limitation, repossession, repair and collection costs, damage awards, attorneys' fees and court and bankruptcy fees and costs; (h) exercise any other remedy available at law or in equity; and (i) take on your behalf (at your expense) any action required by this Contract which you fail to take. These remedies are cumulative, are in addition to any other remedies provided for by law, and may be exercised concurrently or separately. Any failure or delay by us to exercise any right shall not operate as a waiver of any other right or future right. In no event will the costs and expenses referred to in this section be more than those allowed by law. If we determine that you are in default, all Equipment must be delivered to the place designated by us, at your expense and in satisfactory condition, along with all use, maintenance and repair records. Equipment is in satisfactory condition if it is in as good a condition as when the Equipment was delivered to you, reasonable wear excepted, as determined by us in our sole discretion.

**11. Assignment.** You will not assign, pledge or otherwise transfer any of your rights or interests in this Contract or any Equipment without our prior written consent. Any assignment without our consent will be void. We may assign this Contract or our interest in the Equipment at any time without notice to you and without your consent. We may provide information about you to any prospective assignee or participant. You agree not to assert against our assignee any claims, offsets or defenses which you may have against us.

**12. Representations and Warranties.** You represent, warrant and covenant to us so long as this Contract is in effect, that: (a) you will not change your name without giving us at least 30 days' prior written notice; (b) each document you sign and deliver to us is duly authorized, executed and delivered by you, and is your valid, legal and binding agreement, enforceable in accordance with its terms; (c) the execution, delivery and performance by you of this Contract does not (and will not) violate any applicable law or breach any order of court or other governmental agency, or of any undertaking you are a party to or by which you or any of your properties are bound; (d) you will comply with all applicable laws, ordinances and regulations; (e) upon execution of this Contract, we shall have good and marketable title to any trade-in equipment free and clear of all liens and encumbrances whatsoever; (f) all information you have given to us is true, accurate and complete; (g) since the date of the most recent financial information given to us, no material adverse change in your business, assets, or prospects has occurred; (h) you will promptly deliver to us such financial statements, reports and other information as we may request; (i) the Equipment was selected by you; (j) the Equipment (including all manufacturer manuals and instructions) has been delivered to, and examined by, you; (k) the safe operation and the proper servicing of the Equipment were explained to you; (l) you received the written warranty applicable to the Equipment and understand that your rights under the written warranty may be limited; (m) the Equipment is unconditionally and irrevocably accepted by you as being suitable for its intended use; (n) the Equipment is in good condition and repair (operating and otherwise); (o) the Equipment shall be used only for the purpose indicated herein, will remain in your possession and will not be sold, rented or leased; and (p) you will pay all taxes assessed on the Equipment.

Unless you are an individual, you also represent, warrant and covenant to us that: (a) you are and will remain duly organized, validly existing and in good standing under the laws of your jurisdiction of organization; (b) you are qualified to do business under the laws of all other jurisdictions where qualification is required or advisable; (c) you will not change your jurisdiction of organization or organization type without at least 30 days' prior written notice to us; and (d) the execution, delivery and performance by you of this Contract will not breach any provision of your organizational documents.

**THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE**

| DOC8002 | Settlement Nbr: 12295444 | Equipment Type: Agriculture  Agricultural | | Page 4 of 6 |
|---|---|---|---|---|
| | Application ID: 12295444 | Version Number: 1 | 12/14/2016 09:28 AM | |

Revision Date: 21 August 2016



If you are an individual, you agree not to move your residence to a different county or state without at least 30 days' prior written notice to us.

**13. Governing Law; Jurisdiction; Venue.** THIS CONTRACT WILL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF THE SELLER'S PLACE OF BUSINESS, WHERE THIS CONTRACT IS ACCEPTED AND ENTERED INTO, except for its conflict of laws provisions. It is further expressly agreed that finance and origination charges will not be charged in excess of the highest rate specified in the laws of that state and that future adjustments will be made to avoid the payment of interest in excess of such limits.

You irrevocably submit to the non-exclusive jurisdiction and venue of federal and state courts located in Des Moines, Iowa and will not claim it is an inconvenient forum for legal action. YOU AND WE IRREVOCABLY WAIVE ANY RIGHT YOU AND WE MAY HAVE TO A JURY TRIAL.

**14. Miscellaneous.** WE HAVE NOT MADE, AND DO NOT MAKE, ANY REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, AS TO THE EQUIPMENT'S MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SUITABILITY, OR OTHERWISE. WE ARE NOT LIABLE FOR CONSEQUENTIAL OR SPECIAL DAMAGES. You agree not to withhold any amount you owe us if you believe you have a claim against us, or any manufacturer(s) of the Equipment, but to pursue that claim independently. Any claim you have against us must be made within two years after the event that caused it. All notices must be in writing and will be deemed given 5 days after mailing to the intended recipient at its address indicated above, unless changed by a notice given in accordance with this Section. This Contract supersedes and replaces all prior understandings and communications (oral or written) concerning the subject matter thereof. No part of this Contract can be amended, waived or terminated except by a writing signed by both you and us. This Contract may be signed in separate counterparts that, together, will constitute one document. A paper or facsimile transmission copy of your signature or an electronic signature shall constitute an original signature under applicable law for all purposes. If a court finds any part of this Contract to be invalid or unenforceable, the remainder of this Contract will remain in effect. You permit us, and those third parties who provide services to us, to monitor and record telephone conversations between you and us. You agree that by providing us any telephone number, including a mobile phone number, we, any debt collector we retain, and those third parties who provide services to us, can contact you using that number, including calls using an automatic dialing and announcing device and prerecorded calls. All of our rights shall remain in effect after the expiration or termination of this Contract.

You and we intend to comply with all applicable laws. In no event will we charge or collect any amounts in excess of those allowed by applicable law. In the event any amount in excess of that allowed by law is charged or recovered, any such charge will be deemed limited by the amount legally allowed and any amount received by us in excess of that legally allowed will be applied by us to the payment of amounts legally allowed under this Contract, or refunded to you.

**THE TERMS OF THIS CONTRACT SHOULD BE READ CAREFULLY BEFORE SIGNING BECAUSE ONLY THESE WRITTEN TERMS ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES MAY BE LEGALLY ENFORCED. BY SIGNING THIS CONTRACT, YOU AGREE TO THE TERMS ON ALL PAGES. THIS CONTRACT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN YOU AND US, EXCEPT AS WE MAY LATER AGREE IN WRITING TO MODIFY IT.**

This written loan agreement represents the final agreement between the parties and may not be contradicted by evidence of prior, contemporaneous, or subsequent oral agreements of the parties.

There are no unwritten oral agreements between the parties.

VALLEY FARM SUPPLY, INC.



<u>12/16/16</u>    By:
(Date Signed)            PETER JAMES COMPTON, President

THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE

12/16/16  X
(Date Signed)

PETER JAMES COMPTON, Individually

**SELLER'S SIGNATURE**

CAL-COAST MACHINERY, INC.
(Seller's Name)

12/16/16    By:
(Date Agreement Signed)        **DEALER MUST SIGN**

**If this contract is assigned to John Deere, the following form of assignment will be used.**

**ASSIGNMENT.** For value received, Seller hereby sells, assigns and otherwise transfers to Deere & Company ("Deere"), its successors and assigns, under the terms and conditions of the applicable Finance Agreement now in effect between Seller and Deere, all of Seller's right, title and interest in and to (1) this Retail Installment Contract, (2) all rights and remedies hereunder, (3) all Installment Payments and other amounts due and to become due hereunder, (4) all insurance proceeds and other proceeds, and (5) all Equipment subject hereto. This instrument is not an assignment of any Seller's obligations to the buyer of the Equipment. Seller authorizes Deere, its successors or assigns, to do every act or thing necessary to collect and discharge the same.

CAL-COAST MACHINERY, INC.
(Dealer)

12/16/16    Signed by:
(Date)        **DEALER MUST SIGN**

**THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE**

| DOC8002 | Settlement No: 12295444 | Equipment Type: Agriculture Agricultural | | Page 6 of 6 |
|---------|-------------------------|------------------------------------------|--|-------------|
| Revision Date: 21 August 2016 | Application ID: 12295444 | Version Number: 1 | 12/14/2016 09:28 AM | |



RECEIVED

MAY 14 2018

JOHN DEERE
FINANCIAL



JOHN DEERE
FINANCIAL

Application ID: **12606423**
Version Number: 2

FIXED RATE CONTRACT
AG/C&CE Business or Commercial Use

### RETAIL INSTALLMENT CONTRACT - SECURITY AGREEMENT

Contract Begin Date : 05/09/2018

| *SELLER'S NAME AND ADDRESS* | DEALER NUMBER | PHONE NUMBER |
|---|---|---|
| CAL-COAST MACHINERY, INC.<br>617 S BLOSSER ROAD<br>SANTA MARIA, CA 93458 | | 805-925-0931 |

| *BORROWER'S NAME AND PHYSICAL ADDRESS* | BORROWER'S TAX ID NUMBER | BORROWER'S PHONE NO. | TYPE OF BUSINESS |
|---|---|---|---|
| VALLEY FARM SUPPLY, INC.<br>1124 TAMA LN<br>SANTA MARIA, CA 93455-1128 | **-***8226 | ...-...-7095 | Corporation |
| BORROWER RESIDES IN (County/State)<br>SANTA BARBARA, CA | | BORROWER AGREES TO KEEP GOODS IN (County/State)<br>SANTA BARBARA, CA | |
| NAME AND TITLE OF SIGNING OFFICER<br>PETER JAMES COMPTON - President | | | |

| *CO-BORROWER'S NAME AND PHYSICAL ADDRESS* | CO-BORROWER'S SOC. SEC. NUMBER | CO-BORROWER'S PHONE NO. | TYPE OF BUSINESS |
|---|---|---|---|
| PETER JAMES COMPTON<br>850 RIATA LN<br>NIPOMO, CA 83444-9475 | ***-**-3517 | 7077 | |

**1. Parties.** This Retail Installment Contract ("Contract") is entered into between Seller ("we", "us" or "our") and the buyer(s) indicated above ("you" or "your"). If more than one buyer is indicated, each buyer shall be jointly and severally liable for all of the obligations under this Contract.

**2. Loan.** Having been quoted both a cash sale price and a time sale price for the equipment and/or services described below (the "Equipment"), you have elected to purchase the Equipment from us for that time sale price under the terms set forth in this Contract. All attachments and accessories itemized on this Contract and all replacements, parts and repairs to the Equipment shall form part of the Equipment.

**3. Installment Payments.** In addition to any down payment, you agree to pay us the Amount Financed, together with finance charges from the Date Finance Charge Begins, at the Annual Percentage Rate, by remitting each of the Installment Payments on or before the due dates indicated. Any amounts applied to this Contract will be applied first to any late charges, any charges for dishonored checks and any other fees or costs due under this agreement, then to finance charges, computed on the date the payment is received and the remainder to the Amount Financed. You agree that your payments will be applied as of the date of receipt if received by 11:00 a.m. Central Time Monday through Friday (otherwise next business day); but if payment is not accompanied by the payment stub, is not in the envelope we provided, includes other items such as other checks, staples or paper clips, or is not received at that location, credit may be delayed up to five days. The Total of Payments, the amount of the final Installment Payment and/or the number of Installment Payments may be adjusted in accordance with the provisions of Section 4 below. This Contract is not accepted by us until we sign it, even if you have made a payment to us. You agree to remit to us the Installment Payments and all other amounts when due and payable each Billing Period, even if we do not send you a bill or an invoice. **YOUR PAYMENT OBLIGATIONS ARE ABSOLUTE AND UNCONDITIONAL, AND ARE NOT SUBJECT TO CANCELLATION, REDUCTION OR SETOFF FOR ANY REASON WHATSOEVER.** For any scheduled payment which is not received by its due date, you agree to pay us interest on the unpaid amount at a rate of 20% per annum on that scheduled payment, but in no event more than the maximum lawful rate, from the due date until paid. However, if the Seller's place of business is in Minnesota, the late charge will be the greater of 5% of the past due amount and $7.80 if not received within 10 days of its due date or if the Seller's place of business is in West Virginia and the Amount Financed above is $45,000 or less the late charge will be the lesser of 5% of the past due amount and $30.00 if not received within 10 days of its due date. Restrictive endorsements on checks you send to us will not change or reduce your obligations to us. We will not lose any rights if we accept late or partial payments or delay enforcing our rights under this Contract. If a check or electronic payment authorization you give us is dishonored upon first presentment, you agree to pay us a fee of $25.00, or the maximum amount permitted by law, whichever is less. No such fee will be due if the Seller's place of business is in Minnesota or North Dakota, or if the Seller's

### THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE

| DOC8002 | Settlement Nbr: 12606423 | Equipment Type: Agriculture Agricultural | | Page 1 of 6 |
|---|---|---|---|---|
| Revision Date: 18 September 2016 | Application ID: 12606423 | Version Number: 2 | 05/04/2018 08:52 AM | |



place of business is in West Virginia and the Amount Financed above is $45,000 or less. Also, if the Seller's place of business is in California, you agree to pay us a fee of $35.00 for each subsequent check passed on insufficient funds, or the maximum amount permitted by law, whichever is less. Installment Payments and other payments, including proceeds of insurance or any sale of the Equipment, may be applied, at our discretion and in spite of any instructions you may provide, to any obligation you may have to us or any assignee of this Contract or any affiliate of that assignee. If the total of all payments made by you exceeds the total of all amounts due under this Contract by less than $25.00, we may retain such excess. However, if the Seller's place of business is in Minnesota, we will not retain more than $1.00.

### EQUIPMENT PURCHASED

| QTY. | NEW/USED | MFR. | MODEL | EQUIPMENT DESCRIPTION | AMOUNT |
|------|----------|------|-------|----------------------|--------|
| 1 | NEW | STT | SM10 | SM 10' RH Disk | $13,959.00 |
| PRODUCT ID NO.  1804 - Price includes 10' Draw bar and two 6' spike harrows. | | | | | |
| 1 | NEW | JD | MX10 | MX10 Rotary Cutter 540 Semi-Mount | $7,810.00 |
| PRODUCT ID NO.  1P0MX10HJHP040702 | | | | | |

### TRADE-IN and CASH DOWN PAYMENT

| QTY. | MFR. | MODEL | DESCRIPTION OF TRADE-IN (From Purchase Order) | PRODUCT ID NO. | AMOUNT |
|------|------|-------|-----------------------------------------------|----------------|--------|
| | | | | TOTAL TRADE-IN: | $0.00 |
| | | | | CASH DOWN PAYMENT: | $4,467.65 |
| | | | | RENTAL APPLIED: | $0.00 |
| | | | | TOTAL TRADE-IN PLUS CASH DOWN: | $4,467.65 |

### INSTALLMENT PAYMENTS

DATE FINANCE CHARGE BEGINS: May 9, 2018

The first Installment Payment Due Date is June 9, 2018 and each successive Installment Payment is due on the same day of the Month thereafter, (the "Billing Period"), unless otherwise provided below;

| NUMBER OF PAYMENTS | AMOUNT OF EACH PAYMENT | DUE DATE |
|--------------------|------------------------|----------|
| 48 | $415.56 | June 9, 2018 |

The amounts shown below as Finance Charge, Total of Payments and Total Sale Price are estimates based upon the assumption that payments will be made on the scheduled payment due date according to the installment schedule. The actual Finance Charge, Total of Payments, and Total Sale Price may very depending upon the early or late payment of scheduled installments.

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| SALES TAX (Paid to Govt. Agencies) | | $598.65 |
| CASH PRICE (including Tax) | 1 | $22,367.65 |
| TOTAL DOWN PAYMENT (Sum of Trade-in & Cash Down Payment) | 2 | $4,467.65 |
| UNPAID BALANCE OF CASH PRICE (The amount credited to your account with us) | 3 | $17,900.00 |
| INSURANCE (Physical Damage Paid to Insurance Companies) | 4 | $0.00 |
| ORIGINATION FEES | 4A | $0.00 |
| OFFICIAL FEES (Paid to Public Officials) | 5 | $0.00 |
| AMOUNT FINANCED (Lines 3, 4, 4A, 5 & 5A (if Applicable) ) The amount of credit provided to you. | 6 | $17,900.00 |
| FINANCE CHARGE (Based on Line 6) The dollar amount the credit will cost you. | 7 | $2,046.88 |
| TOTAL OF PAYMENTS (Lines 6 & 7) The amount you will have paid after you have made all payments as scheduled. | 8 | $19,946.88 |
| ANNUAL PERCENTAGE RATE (The cost of your credit as a yearly rate) | | 5.40% |
| TOTAL SALE PRICE (Lines 1, 4, 4A, 5, 5A (if Applicable), & 7) The total price of your purchase on credit, including the Total Down Payment of $4,467.65. | | $24,414.53 |

**4. Prepayment.** You may prepay your obligations under this Contract in full at any time by paying the unpaid principal balance and any earned and unpaid finance charges. The unpaid principal balance includes any origination fee. If applicable law requires us to refund any of the origination fee upon prepayment, you agree that we may retain an amount equal to that amount as a prepayment penalty.

**5. Security Interest; Missing Information.** You grant us, and any assignee of this Contract or any affiliate of that assignee, a security interest in the Equipment (and all proceeds thereof) to secure all of your obligations under this Contract and any other obligations which you may have to us or any assignee of this Contract or any affiliates of that assignee, at any time and you agree that any security interest you have granted or hereafter grant to us or any assignee of this Contract or any affiliate of that assignee shall also

### THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE

| DOC8002 | Settlement Nbr: 12606423  Application ID: 12606423 | Equipment Type: Agriculture Agricultural  Version Number: 2 | 05/04/2018 08:52 AM | Page 2 of 6 |
|---|---|---|---|---|

Revision Date: 18 September 2016



secure your obligations under this Contract, however, if the contract was signed in Oregon and the equipment includes a trailer, you do not grant us a security interest in that trailer. You agree that any assignee of this Contract may act as agent for its affiliates and its affiliates may act as agent for that assignee, in order to perfect and realize on any security interest described above. Upon receipt of all amounts due and to become due under this Contract, we will release our security interest in the Equipment (but not the security interest for amounts due an affiliate of an assignee), provided no event of default has occurred and is continuing. You agree to keep the Equipment free and clear of all liens and encumbrances, except those in favor of us, any assignee of this Contract and its affiliates as described above, and to promptly notify us if a lien or encumbrance is placed or threatened against the Equipment. You irrevocably authorize us, at any time, to (a) insert or correct information on this Contract, including your correct legal name, serial numbers and Equipment descriptions; (b) submit notices and proofs of loss for any required insurance; (c) endorse your name on remittances for insurance and Equipment sale or lease proceeds; and (d) file a financing statement(s) which describes either the Equipment or all equipment currently or in the future financed by us. Notwithstanding any other election you may make, you agree that (1) we can access any information regarding the location, maintenance, operation and condition of the Equipment; (2) you irrevocably authorize anyone in possession of that information to provide all of that information to us upon our request; (3) you will not disable or otherwise interfere with any information gathering or transmission device within or attached to the Equipment; and (4) we may reactivate any such device.

**6. Equipment Maintenance, Operation and Use.** You agree to (a) USE THE EQUIPMENT ONLY FOR AGRICULTURAL, BUSINESS OR COMMERCIAL PURPOSES AND NOT FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES; (b) operate and maintain the Equipment in accordance with all (1) applicable laws, ordinances and regulations, (2) manuals and other instructions issued by the manufacturer(s) and supplier(s), and (3) insurance policy terms and requirements; (c) perform (at your expense) all maintenance and repairs necessary to keep the Equipment in as good a condition as when delivered to you, reasonable wear excepted; (d) allow us and our agent(s) to inspect the Equipment and all of your records related to its use, maintenance and repair, at any reasonable time; and (e) not permit the Equipment to be used by, or to be in the possession of, anyone other than you or your employees.

**7. Insurance.** You agree, at your cost, to maintain all-risk insurance coverage with respect to the Equipment for no less than its full replacement value, naming us (and our successor and assigns) as sole loss payee. You may choose who provides that insurance, but that insurance must be with an insurer that is authorized to do business in your state or an eligible surplus lines insurer and policies acceptable to us. Your obligation to insure the Equipment continues until all your other obligations under this Contract are satisfied. Each insurance policy must provide that (1) our interest in the policy will not be invalidated by any act, omission, breach or neglect of anyone other than us; (2) the insurer will give us at least 30 days' prior written notice before any cancellation of, non-renewal of, or material change to, the policy; and (3) such coverage shall be primary over any insurance purchased by us (or our affiliates).

Unless you provide us with evidence of the required insurance coverages, we may, but are not required to, purchase insurance, at your expense, to protect our interests in the Equipment and charge you an insurance fee on which we may make a profit. This insurance may not (1) protect your interests; or (2) pay any claim that you make or any claim that is made against you in connection with the Equipment. You may later cancel any insurance purchased by us, but only after providing us with evidence that you have obtained the insurance required by this Contract. **THE COST OF THE INSURANCE MAY BE MORE THAN THE COST OF THE INSURANCE YOU MAY BE ABLE TO OBTAIN ON YOUR OWN. THE COVERAGES OF THAT INSURANCE MAY BE DIFFERENT FROM THE COVERAGES OF INSURANCE YOU MAY BE ABLE TO OBTAIN ON YOUR OWN.** You agree to pay us the cost of any insurance plus a $150 insurance placement and service fee. You will immediately pay that amount to us or we may, at our sole discretion, add that cost to the Account Balance and increase the required installment payments accordingly.

If a default occurs, you authorize us to cancel the insurance on the Equipment and apply any returned premiums to the Account Balance.

If the cost of the insurance was included in the Amount Financed, that insurance will terminate (a) if your debt to us is discharged, (b) if we release our security interest in the Equipment, (c) if a default occurs and we cancel the insurance, (d) if the Equipment is repossessed, (e) if the Floater Policy under which you purchased that insurance terminates, or (f) on the due date of the final scheduled installment payment.

**8. Loss or Damage.** Until all of your obligations under this Contract are satisfied, you are responsible for all risk of loss and damage, loss, theft, destruction or seizure of the Equipment (an "Event of Loss"). You must promptly notify us of any Event of Loss. If the Equipment can be repaired or replaced, you agree to promptly repair or replace the Equipment, at your cost, and the terms of this Contract will continue to apply. If the Equipment cannot be repaired or replaced, you agree to immediately pay us the Account Balance. Upon receipt of the Account Balance, we will release our security interest in the Equipment. All insurance proceeds must be

---

**THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE**

| DOC8002 | Settlement Nbr: 12606423<br>Application ID: 12606423 | Equipment Type: Agriculture Agricultural<br>Version Number: 2                05/04/2018 08:52 AM | Page 3 of 6 |
|---|---|---|---|

Revision Date: 18 September 2016



paid directly to us, and we may apply any excess insurance proceeds to any other amounts you owe us or any assignee of this Contract or any affiliate of that assignee.

**9. Default.** We may determine you to be in default if: (a) you fail to remit to us any Installment Payment or other payment when due; (b) you breach any other provision of this Contract; (c) you remove any Equipment from the United States; (d) a petition is filed by or against you or any guarantor under any bankruptcy, attachment, execution or insolvency law or you or any such guarantor make an assignment for the benefit of creditors; (e) a default occurs under any other agreement between you (or any of your affiliates) and us (or any assignee of this Contract or any affiliate of that assignee); (f) you or any guarantor merges with or consolidates into another entity, sells substantially all its assets, dissolves or terminates its existence, or (if an individual) dies or becomes incompetent; (g) you fail to maintain the insurance required by this Contract; or (h) if for any reason, we deem the debt or the Equipment to be insecure. Time is of the essence under this Contract.

**10. Remedies.** If we determine that you are in default, we may do one or more of the following: (a) recover from you, AS LIQUIDATED DAMAGES FOR LOSS OF BARGAIN AND NOT AS A PENALTY, the Account Balance as of the date of such default, without presentment or demand or notice of intent to declare all of that indebtedness immediately due and payable (b)declare any other agreements between you and us in default; (c) terminate any of your rights (but none of your obligations) under this Contract and any other agreement between you and us (or any assignee of this Contract or any affiliate of that assignee); (d) require you to deliver the Equipment to us in the manner outlined below, or take possession of the Equipment; (e) lease or sell the Equipment or any portion thereof at a public or private sale; (f) apply the net proceeds we receive from any sale, lease or other disposition of the Equipment (after deducting all of our costs and expenses) to your obligations under this Contract, with you remaining liable for any deficiency; (g) require you to reimburse and indemnify us for all losses, claims, damages and expenses of any kind or nature whatsoever incurred in connection with the Equipment or this Contract and/or the enforcement of our remedies hereunder including, without limitation, repossession, repair and collection costs, damage awards, attorneys' fees and court and bankruptcy fees and costs; (h) exercise any other remedy available at law or in equity; and (i) take on your behalf (at your expense) any action required by this Contract which you fail to take. These remedies are cumulative, are in addition to any other remedies provided for by law, and may be exercised concurrently or separately. Any failure or delay by us to exercise any right shall not operate as a waiver of any other right or future right. In no event will the costs and expenses referred to in this section be more than those allowed by law. If we determine that you are in default, all Equipment must be delivered to the place designated by us, at your expense and in satisfactory condition, along with all use, maintenance and repair records. Equipment is in satisfactory condition if it is in as good a condition as when the Equipment was delivered to you, reasonable wear excepted, as determined by us in our sole discretion.

**11. Assignment.** You will not assign, pledge or otherwise transfer any of your rights or interests in this Contract or any Equipment without our prior written consent. Any assignment without our consent will be void. We may assign this Contract or our interest in the Equipment at any time without notice to you and without your consent. We may provide information about you to any prospective assignee or participant. You agree not to assert against our assignee any claims, offsets or defenses which you may have against us.

**12. Representations and Warranties.** You represent, warrant and covenant to us so long as this Contract is in effect, that: (a) you will not change your name without giving us at least 30 days' prior written notice; (b) each document you sign and deliver to us is duly authorized, executed and delivered by you, and is your valid, legal and binding agreement, enforceable in accordance with its terms; (c) the execution, delivery and performance by you of this Contract does not (and will not) violate any applicable law or breach any order of court or other governmental agency, or of any undertaking you are a party to or by which you or any of your properties are bound; (d) you will comply with all applicable laws, ordinances and regulations; (e) upon execution of this Contract, we shall have good and marketable title to any trade-in equipment free and clear of all liens and encumbrances whatsoever; (f) all information you have given to us is true, accurate and complete; (g) since the date of the most recent financial information given to us, no material adverse change in your business, assets, or prospects has occurred; (h) you will promptly deliver to us such financial statements, reports and other information as we may request; (i) the Equipment was selected by you; (j) the Equipment (including all manufacturer manuals and instructions) has been delivered to, and examined by, you; (k) the safe operation and the proper servicing of the Equipment were explained to you; (l) you received the written warranty applicable to the Equipment and understand that your rights under the written warranty may be limited; (m) the Equipment is unconditionally and irrevocably accepted by you as being suitable for its intended use; (n) the Equipment is in good condition and repair (operating and otherwise); (o) the Equipment shall be used only for the purpose indicated herein, will remain in your possession and will not be sold, rented or leased; and (p) you will pay all taxes assessed on the Equipment.

Unless you are an individual, you also represent, warrant and covenant to us that: (a) you are and will remain duly organized, validly existing and in good standing under the laws of your jurisdiction of organization; (b) you are qualified to do business under the laws of all other jurisdictions where qualification is required or advisable; (c) you will not change your jurisdiction of organization or

---

**THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE**

| DOC8002 | Settlement Nbr: 12606423 | Equipment Type: Agriculture Agricultural | | Page 4 of 6 |
|---|---|---|---|---|
| | Application ID: 12606423 | Version Number: 2 | 05/04/2018 08:52 AM | |
| Revision Date: 18 September 2016 | | | | |



organization type without at least 30 days' prior written notice to us; and (d) the execution, delivery and performance by you of this Contract will not breach any provision of your organizational documents.

If you are an individual, you agree not to move your residence to a different county or state without at least 30 days' prior written notice to us.

**13. Governing Law; Jurisdiction; Venue.** THIS CONTRACT WILL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF THE SELLER'S PLACE OF BUSINESS, WHERE THIS CONTRACT IS ACCEPTED AND ENTERED INTO, except for its conflict of laws provisions. It is further expressly agreed that finance and origination charges will not be charged in excess of the highest rate specified in the laws of that state and that future adjustments will be made to avoid the payment of interest in excess of such limits.

You irrevocably submit to the non-exclusive jurisdiction and venue of federal and state courts located in Des Moines, Iowa and will not claim it is an inconvenient forum for legal action. YOU AND WE IRREVOCABLY WAIVE ANY RIGHT YOU AND WE MAY HAVE TO A JURY TRIAL.

**14. Miscellaneous.** WE HAVE NOT MADE, AND DO NOT MAKE, ANY REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, AS TO THE EQUIPMENT'S MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, SUITABILITY, OR OTHERWISE. WE ARE NOT LIABLE FOR CONSEQUENTIAL OR SPECIAL DAMAGES. You agree not to withhold any amount you owe us if you believe you have a claim against us, or any manufacturer(s) of the Equipment, but to pursue that claim independently. Any claim you have against us must be made within two years after the event that caused it. All notices must be in writing and will be deemed given 5 days after mailing to the intended recipient at its address indicated above, unless changed by a notice given in accordance with this Section. This Contract supersedes and replaces all prior understandings and communications (oral or written) concerning the subject matter thereof. No part of this Contract can be amended, waived or terminated except by a writing signed by both you and us. This Contract may be signed in separate counterparts that, together, will constitute one document. A paper or facsimile transmission copy of your signature or an electronic signature shall constitute an original signature under applicable law for all purposes. If a court finds any part of this Contract to be invalid or unenforceable, the remainder of this Contract will remain in effect. You permit us, and those third parties who provide services to us, to monitor and record telephone conversations between you and us. You agree that by providing us any telephone number, including a mobile phone number, we, any debt collector we retain, and those third parties who provide services to us, can contact you using that number, including calls using an automatic dialing and announcing device and prerecorded calls. All of our rights shall remain in effect after the expiration or termination of this Contract.

You and we intend to comply with all applicable laws. In no event will we charge or collect any amounts in excess of those allowed by applicable law. In the event any amount in excess of that allowed by law is charged or recovered, any such charge will be deemed limited by the amount legally allowed and any amount received by us in excess of that legally allowed will be applied by us to the payment of amounts legally allowed under this Contract, or refunded to you.

**THE TERMS OF THIS CONTRACT SHOULD BE READ CAREFULLY BEFORE SIGNING BECAUSE ONLY THESE WRITTEN TERMS ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES MAY BE LEGALLY ENFORCED. BY SIGNING THIS CONTRACT, YOU AGREE TO THE TERMS ON ALL PAGES. THIS CONTRACT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN YOU AND US, EXCEPT AS WE MAY LATER AGREE IN WRITING TO MODIFY IT.**

**This written loan agreement represents the final agreement between the parties and may not be contradicted by evidence of prior, contemporaneous, or subsequent oral agreements of the parties.**

**There are no unwritten oral agreements between the parties.**

VALLEY FARM SUPPLY, INC.

| | |
|---|---|
| __5/9/18__ | By: |
| (Date Signed) | PETER JAMES COMPTON, President |

**THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE**

| DOC8002 | Settlement Nbr: 12606423 | Equipment Type: Agriculture Agricultural | | |
|---|---|---|---|---|
| | Application ID: 12606423 | Version Number: 2 | 05/04/2018 08:52 AM | Page 5 of 6 |
| Revision Date: 18 September 2016 | | | | |



5/9/18      x
(Date Signed)        PETER JAMES COMPTON, Individually

**SELLER'S SIGNATURE**

CAL-COAST MACHINERY, INC.
(Seller's Name)

5/9/18      By:
(Date Agreement Signed)        DEALER MUST SIGN

**If this contract is assigned to John Deere, the following form of assignment will be used.**

**ASSIGNMENT.** For value received, Seller hereby sells, assigns and otherwise transfers to Deere & Company ("Deere"), its successors and assigns, under the terms and conditions of the applicable Finance Agreement now in effect between Seller and Deere, all of Seller's right, title and interest in and to (1) this Retail Installment Contact, (2) all rights and remedies hereunder, (3) all installment Payments and other amounts due and to become due hereunder, (4) all insurance proceeds and other proceeds, and (5) all Equipment subject hereto. This instrument is not an assignment of any Seller's obligations to the buyer of the Equipment. Seller authorizes Deere, its successors or assigns, to do every act or thing necessary to collect and discharge the same.

CAL-COAST MACHINERY, INC.
(Dealer)

5/9/18      Signed by:
(Date)        DEALER MUST SIGN

**THE TERMS OF THIS CONTRACT ARE CONTAINED ON MORE THAN ONE PAGE**

| DOC8002 | Settlement Nbr: 12606423 | Equipment Type: Agriculture Agricultural | | Page 6 of 6 |
| | Application ID: 12606423 | Version Number: 2 | 05/04/2018 08:52 AM | |

Revision Date: 18 September 2016



| Motion for Relief from Stay (Personal Property) | | **F 4001-1.RFS.PP.MOTION** |
|---|---|---|
| In re<br>VALLEY FARM SUPPLY, INC. | (SHORT TITLE) | CHAPTER: 7 |
| | Debtor(s). | CASE NO: 9:20-bk-11072-DS |

# EXHIBIT B

F 4001-1.RFS.PP.MOTION

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional)<br>UCC DEPARTMENT<br>8884278713 | |
| **B. E-MAIL CONTACT AT FILER** (optional) | |
| **C. SEND ACKNOWLEDGMENT TO:** (Name and Address)<br>JOHN DEERE FINANCIAL<br>6400 NW 86TH ST<br>PO BOX 6630<br>Johnston, IA 50131<br>USA | **DOCUMENT NUMBER: 57904130002**<br>**FILING NUMBER: 16-7553503732**<br>**FILING DATE: 10/31/2016 10:01**<br><br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME<br>COMPTON | FIRST PERSONAL NAME<br>PETER | ADDITIONAL NAME(S)/INITIAL(S)<br>JAMES | | SUFFIX |
| 1c. MAILING ADDRESS<br>850 RIATA LN | CITY<br>NIPOMO | STATE<br>CA | POSTAL CODE<br>934449475 | COUNTRY<br>USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME<br>VALLEY FARM SUPPLY, INC. | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS<br>1124 TAMA LN | CITY<br>SANTA MARIA | STATE<br>CA | POSTAL CODE<br>934551128 | COUNTRY<br>USA |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME<br>Deere & Company | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>6400 NW 86TH ST PO BOX 6600 | CITY<br>JOHNSTON | STATE<br>IA | POSTAL CODE<br>501316630 | COUNTRY<br>USA |

4. **COLLATERAL:** This financing statement covers the following collateral:
John Deere 825 Gator S/N: 111523 ; together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)    ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box:<br>☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box:<br>☐ Agricultural Lien  ☐ Non-UCC Filing |
|---|---|

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
3275720

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
UCC DEPARTMENT
8884278713

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
JOHN DEERE FINANCIAL
6400 NW 86TH ST
PO BOX 6630
Johnston, IA 50131
USA

DOCUMENT NUMBER: 58914550002
FILING NUMBER: 16-7563008248
FILING DATE: 12/27/2016 07:59

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME: COMPTON | FIRST PERSONAL NAME: PETER | ADDITIONAL NAME(S)/INITIAL(S): JAMES | SUFFIX |
| 1c. MAILING ADDRESS: 850 RIATA LN | CITY: NIPOMO | STATE: CA  POSTAL CODE: 934449475 | COUNTRY: USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME: VALLEY FARM SUPPLY, INC. | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS: 1124 TAMA LN | CITY: SANTA MARIA | STATE: CA  POSTAL CODE: 934551128 | COUNTRY: USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME: Deere & Company | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS: 6400 NW 86TH ST PO BOX 6600 | CITY: JOHNSTON | STATE: IA  POSTAL CODE: 501316630 | COUNTRY: USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

John Deere 5100 Utility Tractor S/N: 401224 ; together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds.

**5. Check only if applicable and check only one box:** Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a. Check only if applicable and check only one box:**
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b. Check only if applicable and check only one box:**
☐ Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
3310594

FILING OFFICE COPY

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
UCC DEPARTMENT
8884278713

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
JOHN DEERE FINANCIAL
6400 NW 86TH ST
PO BOX 6630
Johnston, IA 50131
USA

DOCUMENT NUMBER: 70363920002
FILING NUMBER: 18-7650674791
FILING DATE: 05/28/2018 10:00

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME COMPTON | FIRST PERSONAL NAME PETER | ADDITIONAL NAME(S)/INITIAL(S) JAMES | SUFFIX |
| 1c. MAILING ADDRESS 850 RIATA LN | CITY NIPOMO | STATE CA | POSTAL CODE 934449475 | COUNTRY USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME VALLEY FARM SUPPLY, INC. | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS 1124 TAMA LN | CITY SANTA MARIA | STATE CA | POSTAL CODE 934551128 | COUNTRY USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME Deere & Company | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS 6400 NW 86TH ST PO BOX 6600 | CITY JOHNSTON | STATE IA | POSTAL CODE 501316630 | COUNTRY USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
John Deere MX10 Rotary / Flail Cutter S/N: 040702 ; Strathmore SM10 Disk S/N: 1804 ; together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
3684639

FILING OFFICE COPY

| Motion for Relief from Stay (Personal Property) | **F 4001-1.RFS.PP.MOTION** | |
|---|---|---|
| In re<br>VALLEY FARM SUPPLY, INC. | (SHORT TITLE) | CHAPTER: 7 |
| | Debtor(s). | CASE NO: 9:20-bk-11072-DS |

# EXHIBIT C

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Community Bank of Santa Maria
1421 S. Broadway, P.O. Box 5307
Santa Maria, California 93456

**08-7146488733**

**02/04/2008 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

15815510002  UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** Valley Farm Supply, Inc. | | | | |

| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| PO Box 370 | Nipomo | CA | 93444 | USA |

| **1d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **1e. TYPE OF ORGANIZATION** Corporation | **1f. JURISDICTION OF ORGANIZATION** California | **1g. ORGANIZATIONAL ID #, if any** | ☐ NONE |
|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| **2a. ORGANIZATION'S NAME** | | | | |
|---|---|---|---|---|
| | | | | |

| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **2d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID #, if any** | ☐ NONE |
|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| **3a. ORGANIZATION'S NAME** Community Bank of Santa Maria | | | | |
|---|---|---|---|---|

| **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 1421 S. Broadway P. O. Box 5307 | Santa Maria | CA | 93456 | USA |

**4. This FINANCING STATEMENT covers the following collateral:** All of the following which Debtor owns now or in the future, together with all parts, accessories, repairs, replacements, improvements, and accessions, and wherever located: INVENTORY: All inventory held for ultimate sale or lease, or which has been or will be supplied under contracts of service, or which are raw materials, work in process, or materials used or consumed in Debtor's business. EQUIPMENT: All equipment including, but not limited to, machinery, vehicles, furniture, fixtures, manufacturing equipment, farm machinery and equipment, shop equipment, office and record keeping equipment, parts, and tools. The property includes any equipment described in a list or schedule Debtor gives to Secured Party, but such a list is not necessary to create or perfect a valid security interest in all of Debtor's equipment. ACCOUNTS AND OTHER RIGHTS TO PAYMENT: All rights to payments, whether or not earned by performance, including, but not limited to, payment for property or services sold, leased, rented, licensed, or assigned. This includes any rights and interests (including all liens) which Debtor may have by law or agreement against any account debtor or obligor of Debtor. GENERAL INTANGIBLES: All general intangibles including, but not limited to, tax refunds, patents (CONTINUED)

| **5. ALTERNATIVE DESIGNATION [if applicable]:** | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| **6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]** ☒ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
411737600

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Bankers Systems, Inc., St. Cloud, MN Form UCC-1-LAZ 5/30/2001

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

OR **9a. ORGANIZATION'S NAME**
Valley Farm Supply, Inc.

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names**

OR **11a. ORGANIZATION'S NAME**

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

OR **12a. ORGANIZATION'S NAME**

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

and applications for patents, copyrights, trademarks, trade secrets, good will, trade names, customer lists, permits and franchises, payment intangibles, computer programs and all supporting information provided in connection with a transaction relating to computer programs, and the right to use Debtor's name.

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)     Deshore Systems, Inc., St. Cloud, MN  Form UCC-1ADD-LAZ  6/30/2001

## UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
JUDY ZAVALA
805-922-2900

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
COMMUNITY BANK OF SANTA MARIA
1421 S. BROADWAY
P.O. BOX 5307
Santa Maria, CA 93456
USA

DOCUMENT NUMBER: 34576510003
FILING NUMBER: 12-73287531
FILING DATE: 09/13/2012 10:03
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
08-7146488733

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR | **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**

OR | **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY

**7d. SEE INSTRUCTIONS** | ADD'L DEBTOR INFO | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any** ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

**a. ORGANIZATION'S NAME**
COMMUNITY BANK OF SANTA MARIA

OR | **b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**
Ln 411737600

FILING OFFICE COPY

**SECRETARY OF STATE**

**STATE OF CALIFORNIA**

## UCC Amendment Acknowledgement

09/13/2012

|  |  |
|---|---|
|  | Page 1 of 1 |

COMMUNITY BANK OF SANTA MARIA
1421 S. BROADWAY
P.O. BOX 5307
SANTA MARIA CA 93456

| | |
|---|---|
| Filing Fee: | $5.00 |
| Total Fee: | $5.00 |

The California Secretary of State's Office has received and filed your document. The information stated below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

**Amendment Type: Continuation**
Amendment Filing #: 12-73287531
Original Filing Number: 08-7146488733

**File Date: 09/13/2012**        **File Time: 10:03**

Lapse Date: 02/04/2018

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC ARTICLE 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 · (916) 653-3516 · HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Vanessa Cantu
805-922-2900

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
COMMUNITY BANK OF SANTA MARIA
2739 Santa Maria Way
P.O. BOX 5307
Santa Maria, CA 93456
USA

DOCUMENT NUMBER: 63954690002
FILING NUMBER: 17-76050846
FILING DATE: 09/11/2017 16:30

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
08-7146488733

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in Item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement.

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:                    AND   Check one of these three boxes to:
☐ This Change affects ☐ Debtor or ☐ Secured Party of record.   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | |
|---|---|
| | 7a. ORGANIZATION'S NAME |
| OR | 7b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) |

| | | | | SUFFIX |
|---|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | COMMUNITY BANK OF SANTA MARIA | | | |
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
411737600 / 412165100

FILING OFFICE COPY

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| VALLEY FARM SUPPLY, INC. | | |
| | Debtor(s). | CASE NO: 9:20-bk-11072-DS |

# EXHIBIT D

| Equipment on Loan: Addendum | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Customer Name | Contract Date | New/ Used | Year | Mfg | Model Number | Description | Serial # | Original Purchase Price | MDP | WSV | RSV | Asset Management Comments |
| 4932 | VALLEY FARM SUPPLY, INC. | 10/26/2016 | N | 2016 | JD | 825 | XUV 825i S4 Multi-Passenger Gator | 1M0825GFEGM111523 | $17,308.00 | | $8,209.00 | $11,096.00 | |
| 0391 | VALLEY FARM SUPPLY, INC. | 12/16/2016 | N | 2016 | JD | 5100 | 5100E CAB MFWD UTILITY TRACTOR | 1LV5100EAGG401224 | $58,400.00 | | $23,590.00 | $27,490.00 | |
| 8433 | VALLEY FARM SUPPLY, INC. | 5/9/2018 | N | 2018 | JD | MX10 | MX10 Rotary Cutter 540 Semi-Mount | 1P0MX10HJHP040702 | $7,810.00 | | $4,225.00 | $5,075.00 | |
| | | 5/9/2018 | N | 2018 | STT | SM10 | SM 10' RH Disk | 1804 | $13,959.00 | | $7,565.00 | $9,075.00 | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | Totals | $43,589.00 | $52,736.00 | |

| | | |
|---|---|---|
| Motion for Relief from Stay (Personal Property) | | **F 4001-1.RFS.PP.MOTION** |
| In re                                 (SHORT TITLE) | | CHAPTER: 7 |
| VALLEY FARM SUPPLY, INC. | | |
| | Debtor(s). | CASE NO: 9:20-bk-11072-DS |

# EXHIBIT E


JOHN DEERE
FINANCIAL

Print Date: 1/10/2022
🖨 Print

## Account: Transaction History

**Account Number**          4932

| Seq. # | Post Date / Eff Date | Description | Total | Principal | Interest | Late Fees | Misc Fees | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | --------Amount Applied To-------- | | | |
| 26 | 10/28/2016 10/26/2016 | Opening Balance | $14,000.00 | $14,000.00 | $0.00 | $0.00 | $0.00 | $14,000.00 |
| 27 | 11/22/2016 11/22/2016 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $13,766.66 |
| 28 | 12/27/2016 12/27/2016 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $13,533.32 |
| 29 | 01/30/2017 01/30/2017 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $13,299.98 |
| 30 | 02/21/2017 02/21/2017 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $13,066.64 |
| 31 | 03/27/2017 03/27/2017 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $12,833.30 |
| 33 | 04/24/2017 04/24/2017 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $12,599.96 |
| 34 | 06/05/2017 06/05/2017 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $12,366.62 |
| 35 | 06/19/2017 06/19/2017 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $12,133.28 |
| 36 | 07/21/2017 07/21/2017 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $11,899.94 |
| 37 | 08/23/2017 08/23/2017 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $11,666.60 |
| 38 | 09/25/2017 09/25/2017 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $11,433.26 |
| 39 | 10/24/2017 10/24/2017 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $11,199.92 |
| 40 | 11/20/2017 11/20/2017 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $10,966.58 |
| 41 | 12/26/2017 12/26/2017 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $10,733.24 |
| 42 | 01/23/2018 01/23/2018 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $10,499.90 |
| 43 | 02/20/2018 02/20/2018 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $10,266.56 |
| 49 | 03/27/2018 03/27/2018 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $10,033.22 |
| 57 | 05/07/2018 05/07/2018 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $9,799.88 |
| 58 | 05/29/2018 05/29/2018 | Payment | -$295.00 | -$295.00 | $0.00 | $0.00 | $0.00 | $9,504.88 |
| 59 | 06/22/2018 06/22/2018 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $9,271.54 |
| 60 | 07/31/2018 07/31/2018 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $9,038.20 |
| 95 | 10/09/2018 10/09/2018 | Payment | -$235.00 | -$231.04 | $0.00 | -$3.96 | $0.00 | $8,807.16 |
| 96 | 10/09/2018 10/09/2018 | Payment | -$171.68 | -$171.68 | $0.00 | $0.00 | $0.00 | $8,635.48 |
| 98 | 11/05/2018 11/05/2018 | Payment | -$235.00 | -$235.00 | $0.00 | $0.00 | $0.00 | $8,400.48 |
| 117 | 12/24/2018 12/24/2018 | Payment | -$235.00 | -$231.36 | $0.00 | -$3.64 | $0.00 | $8,169.12 |
| 174 | 03/04/2019 03/04/2019 | Payment | -$715.51 | -$701.86 | $0.00 | -$13.65 | $0.00 | $7,467.26 |
| 223 | 05/23/2019 05/23/2019 | Payment | -$475.13 | -$464.08 | $0.00 | -$11.05 | $0.00 | $7,003.18 |

| 267 | 07/18/2019<br>07/18/2019 | Payment | -$710.81 | -$701.06 | $0.00 | -$9.75 | $0.00 | $6,302.12 |
|---|---|---|---|---|---|---|---|---|
| 268 | 08/14/2019<br>08/14/2019 | Payment | -$235.68 | -$235.68 | $0.00 | $0.00 | $0.00 | $6,066.44 |
| 269 | 09/20/2019<br>09/20/2019 | Payment | -$233.34 | -$233.34 | $0.00 | $0.00 | $0.00 | $5,833.10 |
| 280 | 11/15/2019<br>11/15/2019 | Payment | -$469.15 | -$466.55 | $0.00 | -$2.60 | $0.00 | $5,366.55 |
| 288 | 01/13/2020<br>01/13/2020 | Payment | -$469.15 | -$466.81 | $0.00 | -$2.34 | $0.00 | $4,899.74 |
| 341 | 04/30/2020<br>04/30/2020 | Payment | -$240.49 | -$227.62 | $0.00 | -$12.87 | $0.00 | $4,672.12 |
| 383 | 05/11/2020<br>05/11/2020 | Past Due Charge<br>Adjustment | -$3.38 | $0.00 | $0.00 | -$3.38 | $0.00 | |
| 399 | 07/21/2020<br>07/21/2020 | Payment | -$470.53 | -$467.28 | $0.00 | -$3.25 | $0.00 | $4,204.84 |
| 400 | 08/17/2020<br>08/17/2020 | Payment | -$233.64 | -$233.64 | $0.00 | $0.00 | $0.00 | $3,971.20 |
| 415 | 11/03/2020<br>11/03/2020 | Payment | -$233.64 | -$233.64 | $0.00 | $0.00 | $0.00 | $3,737.56 |
| 416 | 11/30/2020<br>11/30/2020 | Payment | -$233.64 | -$233.64 | $0.00 | $0.00 | $0.00 | $3,503.92 |
| 418 | 01/04/2021<br>01/04/2021 | Attorney Fees | $178.20 | $0.00 | $0.00 | $0.00 | $178.20 | |
| 419 | 01/04/2021<br>01/04/2021 | Attorney Fees | $33.00 | $0.00 | $0.00 | $0.00 | $33.00 | |
| 420 | 01/14/2021<br>01/14/2021 | Payment | -$233.34 | -$22.14 | $0.00 | $0.00 | -$211.20 | $3,481.78 |
| 421 | 01/15/2021<br>01/15/2021 | Attorney Fees | $72.60 | $0.00 | $0.00 | $0.00 | $72.60 | |
| 422 | 02/24/2021<br>02/24/2021 | Attorney Fees | $19.80 | $0.00 | $0.00 | $0.00 | $19.80 | |
| 423 | 03/04/2021<br>03/04/2021 | Payment | -$233.34 | -$140.94 | $0.00 | $0.00 | -$92.40 | $3,340.84 |
| 424 | 03/24/2021<br>03/24/2021 | Payment | -$701.52 | -$701.52 | $0.00 | $0.00 | $0.00 | $2,639.32 |
| 425 | 04/28/2021<br>04/28/2021 | Payment | -$233.64 | -$233.64 | $0.00 | $0.00 | $0.00 | $2,405.68 |
| 426 | 06/02/2021<br>06/02/2021 | Payment | -$233.64 | -$233.64 | $0.00 | $0.00 | $0.00 | $2,172.04 |
| 427 | 06/22/2021<br>06/22/2021 | Payment | -$233.64 | -$233.64 | $0.00 | $0.00 | $0.00 | $1,938.40 |
| 428 | 08/02/2021<br>08/02/2021 | Payment | -$233.64 | -$233.64 | $0.00 | $0.00 | $0.00 | $1,704.76 |
| 429 | 08/16/2021<br>08/16/2021 | Payment | -$233.64 | -$233.64 | $0.00 | $0.00 | $0.00 | $1,471.12 |
| 430 | 09/29/2021<br>09/29/2021 | Payment | -$233.64 | -$233.64 | $0.00 | $0.00 | $0.00 | $1,237.48 |
| 431 | 10/29/2021<br>10/29/2021 | Payment | -$233.64 | -$233.64 | $0.00 | $0.00 | $0.00 | $1,003.84 |
| 432 | 11/17/2021<br>11/17/2021 | Attorney Fees | $52.80 | $0.00 | $0.00 | $0.00 | $52.80 | |
| 433 | 12/22/2021<br>12/22/2021 | Attorney Fees | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 | |

External View



**JOHN DEERE**
**FINANCIAL**

Print Date: 1/10/2022

🖨 Print

## Account: Transaction History

**Account Number**      0391

| Seq. # | Post Date Eff Date | Description | Total | Principal | Interest | Late Fees | Misc Fees | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | **-------Amount Applied To-------** | | | | |
| 25 | 12/27/2016 12/16/2016 | Opening Balance | $48,000.00 | $48,000.00 | $0.00 | $0.00 | $0.00 | $48,000.00 |
| 27 | 01/17/2017 01/17/2017 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $47,200.00 |
| 28 | 02/21/2017 02/21/2017 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $46,400.00 |
| 29 | 03/20/2017 03/20/2017 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $45,600.00 |
| 30 | 04/17/2017 04/17/2017 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $44,800.00 |
| 31 | 05/25/2017 05/25/2017 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $44,000.00 |
| 32 | 06/19/2017 06/19/2017 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $43,200.00 |
| 33 | 07/17/2017 07/17/2017 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $42,400.00 |
| 34 | 08/15/2017 08/15/2017 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $41,600.00 |
| 35 | 09/11/2017 09/11/2017 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $40,800.00 |
| 36 | 10/19/2017 10/19/2017 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $40,000.00 |
| 37 | 11/16/2017 11/16/2017 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $39,200.00 |
| 38 | 12/11/2017 12/11/2017 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $38,400.00 |
| 39 | 01/16/2018 01/16/2018 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $37,600.00 |
| 40 | 02/20/2018 02/20/2018 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $36,800.00 |
| 41 | 03/16/2018 03/16/2018 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $36,000.00 |
| 42 | 04/16/2018 04/16/2018 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $35,200.00 |
| 43 | 05/21/2018 05/21/2018 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $34,400.00 |
| 44 | 06/12/2018 06/12/2018 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $33,600.00 |
| 55 | 07/31/2018 07/31/2018 | Payment | -$800.00 | -$793.40 | $0.00 | -$6.60 | $0.00 | $32,806.60 |
| 99 | 10/09/2018 10/09/2018 | Payment | -$800.00 | -$766.12 | $0.00 | -$33.88 | $0.00 | $32,040.48 |
| 114 | 10/23/2018 10/23/2018 | Payment | -$800.00 | -$793.84 | $0.00 | -$6.16 | $0.00 | $31,246.64 |
| 126 | 11/05/2018 11/05/2018 | Payment | -$800.00 | -$791.20 | $0.00 | -$8.80 | $0.00 | $30,455.44 |
| 155 | 12/24/2018 12/24/2018 | Payment | -$800.00 | -$782.90 | $0.00 | -$17.10 | $0.00 | $29,672.54 |
| 156 | 12/24/2018 12/24/2018 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $28,872.54 |
| 192 | 03/04/2019 03/04/2019 | Payment | -$1,633.88 | -$1,606.16 | $0.00 | -$27.72 | $0.00 | $27,266.38 |
| 251 | 05/23/2019 05/23/2019 | Payment | -$1,628.60 | -$1,582.40 | $0.00 | -$46.20 | $0.00 | $25,683.98 |
| 338 | 08/14/2019 08/14/2019 | Payment | -$3,299.15 | -$3,220.24 | $0.00 | -$78.91 | $0.00 | $22,463.74 |

Service Desktop : John Deere Financial - Transaction History Printer Friendly

| # | Date | Date | Type | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 347 | 09/20/2019 | 09/20/2019 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $21,663.74 |
| 366 | 11/15/2019 | 11/15/2019 | Payment | -$1,612.76 | -$1,599.56 | $0.00 | -$13.20 | $0.00 | $20,064.18 |
| 385 | 01/13/2020 | 01/13/2020 | Payment | -$1,612.76 | -$1,600.44 | $0.00 | -$12.32 | $0.00 | $18,463.74 |
| 450 | 04/30/2020 | 04/30/2020 | Payment | -$825.08 | -$766.56 | $0.00 | -$58.52 | $0.00 | $17,697.18 |
| 504 | 05/11/2020 | 05/11/2020 | Past Due Charge Adjustment | -$9.68 | $0.00 | $0.00 | -$9.68 | $0.00 | |
| 530 | 07/21/2020 | 07/21/2020 | Payment | -$1,624.24 | -$1,608.84 | $0.00 | -$15.40 | $0.00 | $16,088.34 |
| 531 | 08/17/2020 | 08/17/2020 | Payment | -$804.42 | -$804.42 | $0.00 | $0.00 | $0.00 | $15,283.92 |
| 552 | 11/03/2020 | 11/03/2020 | Payment | -$800.00 | -$792.96 | $0.00 | -$7.04 | $0.00 | $14,490.96 |
| 572 | 03/26/2021 | 11/03/2020 | Payment | $800.00 | $792.96 | $0.00 | $7.04 | $0.00 | $15,283.92 |
| 591 | 03/26/2021 | 11/03/2020 | Past Due Charge Adjustment | -$7.04 | $0.00 | $0.00 | -$7.04 | $0.00 | |
| 610 | 03/26/2021 | 11/03/2020 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $14,483.92 |
| 611 | 03/26/2021 | 11/30/2020 | Payment | -$800.00 | -$800.00 | $0.00 | $0.00 | $0.00 | $13,683.92 |
| 612 | 03/26/2021 | 01/04/2021 | Attorney Fees | $183.60 | $0.00 | $0.00 | $0.00 | $183.60 | |
| 613 | 03/26/2021 | 01/04/2021 | Attorney Fees | $34.00 | $0.00 | $0.00 | $0.00 | $34.00 | |
| 614 | 03/26/2021 | 01/14/2021 | Payment | -$800.00 | -$582.40 | $0.00 | $0.00 | -$217.60 | $13,101.52 |
| 615 | 03/26/2021 | 01/15/2021 | Attorney Fees | $74.80 | $0.00 | $0.00 | $0.00 | $74.80 | |
| 616 | 03/26/2021 | 02/24/2021 | Attorney Fees | $20.40 | $0.00 | $0.00 | $0.00 | $20.40 | |
| 617 | 03/26/2021 | 03/04/2021 | Payment | -$800.00 | -$704.80 | $0.00 | $0.00 | -$95.20 | $12,396.72 |
| 618 | 03/26/2021 | 03/23/2021 | Payment | -$1,600.00 | -$1,600.00 | $0.00 | $0.00 | $0.00 | $10,796.72 |
| 619 | 03/26/2021 | 03/24/2021 | Payment | -$830.94 | -$830.94 | $0.00 | $0.00 | $0.00 | $9,965.78 |
| 620 | 04/28/2021 | 04/28/2021 | Payment | -$804.42 | -$804.42 | $0.00 | $0.00 | $0.00 | $9,161.36 |
| 621 | 06/02/2021 | 06/02/2021 | Payment | -$804.42 | -$804.42 | $0.00 | $0.00 | $0.00 | $8,356.94 |
| 622 | 06/22/2021 | 06/22/2021 | Payment | -$804.42 | -$804.42 | $0.00 | $0.00 | $0.00 | $7,552.52 |
| 623 | 08/02/2021 | 08/02/2021 | Payment | -$804.42 | -$804.42 | $0.00 | $0.00 | $0.00 | $6,748.10 |
| 624 | 08/16/2021 | 08/16/2021 | Payment | -$804.42 | -$804.42 | $0.00 | $0.00 | $0.00 | $5,943.68 |
| 625 | 09/29/2021 | 09/29/2021 | Payment | -$804.42 | -$804.42 | $0.00 | $0.00 | $0.00 | $5,139.26 |
| 626 | 10/29/2021 | 10/29/2021 | Payment | -$804.42 | -$804.42 | $0.00 | $0.00 | $0.00 | $4,334.84 |
| 627 | 11/17/2021 | 11/17/2021 | Attorney Fees | $54.40 | $0.00 | $0.00 | $0.00 | $54.40 | |
| 628 | 12/22/2021 | 12/22/2021 | Attorney Fees | $68.00 | $0.00 | $0.00 | $0.00 | $68.00 | |

External View



**JOHN DEERE**
FINANCIAL

Print Date: 1/10/2022

## Account: Transaction History

 Print

**Account Number**          8433

| Seq. # | Post Date Eff Date | Description | Total | Principal | Interest | Late Fees | Misc Fees | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | ---------Amount Applied To--------- | | | | |
| 19 | 05/25/2018 05/09/2018 | Opening Balance | $17,900.00 | $17,900.00 | $0.00 | $0.00 | $0.00 | $17,900.00 |
| 23 | 06/12/2018 06/12/2018 | Payment | -$415.56 | -$325.52 | -$90.04 | $0.00 | $0.00 | $17,574.48 |
| 24 | 07/19/2018 07/19/2018 | Payment | -$415.56 | -$319.36 | -$96.20 | $0.00 | $0.00 | $17,255.12 |
| 75 | 10/09/2018 10/09/2018 | Payment | -$831.12 | -$600.86 | -$209.33 | -$20.93 | $0.00 | $16,654.26 |
| 76 | 10/09/2018 10/09/2018 | Payment | -$415.56 | -$415.56 | $0.00 | $0.00 | $0.00 | $16,238.70 |
| 144 | 12/24/2018 12/24/2018 | Payment | -$415.56 | -$218.41 | -$182.59 | -$14.56 | $0.00 | $16,020.29 |
| 223 | 03/04/2019 03/04/2019 | Payment | -$1,314.74 | -$1,114.16 | -$165.91 | -$34.67 | $0.00 | $14,906.13 |
| 297 | 05/23/2019 05/23/2019 | Payment | -$849.55 | -$642.68 | -$176.42 | -$30.45 | $0.00 | $14,263.45 |
| 389 | 08/14/2019 08/14/2019 | Payment | -$1,718.91 | -$1,501.21 | -$175.15 | -$42.55 | $0.00 | $12,762.24 |
| 399 | 09/20/2019 09/20/2019 | Payment | -$418.09 | -$345.70 | -$69.86 | -$2.53 | $0.00 | $12,416.54 |
| 425 | 11/15/2019 11/15/2019 | Payment | -$839.40 | -$728.02 | -$102.87 | -$8.51 | $0.00 | $11,688.52 |
| 451 | 01/13/2020 01/13/2020 | Payment | -$839.40 | -$729.33 | -$102.02 | -$8.05 | $0.00 | $10,959.19 |
| 523 | 04/30/2020 04/30/2020 | Payment | -$428.67 | -$218.35 | -$175.11 | -$35.21 | $0.00 | $10,740.84 |
| 525 | 05/01/2020 05/01/2020 | Payment | -$22.57 | -$20.51 | -$1.59 | -$0.47 | $0.00 | $10,720.33 |
| 574 | 05/11/2020 05/11/2020 | Past Due Charge Adjustment | -$4.60 | $0.00 | $0.00 | -$4.60 | $0.00 | |
| 607 | 07/21/2020 07/21/2020 | Payment | -$858.62 | -$717.73 | -$128.47 | -$12.42 | $0.00 | $10,002.60 |
| 608 | 08/17/2020 08/17/2020 | Payment | -$423.10 | -$383.15 | -$39.95 | $0.00 | $0.00 | $9,619.45 |
| 636 | 11/03/2020 11/03/2020 | Payment | -$415.56 | -$299.26 | -$111.01 | -$5.29 | $0.00 | $9,320.19 |
| 654 | 03/26/2021 11/03/2020 | Payment | $415.56 | $299.26 | $111.01 | $5.29 | $0.00 | $9,619.45 |
| 672 | 03/26/2021 11/03/2020 | Past Due Charge Adjustment | -$5.29 | $0.00 | $0.00 | -$5.29 | $0.00 | |
| 690 | 03/26/2021 11/03/2020 | Payment | -$415.56 | -$304.55 | -$111.01 | $0.00 | $0.00 | $9,314.90 |
| 691 | 03/26/2021 11/30/2020 | Payment | -$415.56 | -$378.35 | -$37.21 | $0.00 | $0.00 | $8,936.55 |
| 692 | 03/26/2021 01/04/2021 | Attorney Fees | $178.20 | $0.00 | $0.00 | $0.00 | $178.20 | |
| 693 | 03/26/2021 01/04/2021 | Attorney Fees | $33.00 | $0.00 | $0.00 | $0.00 | $33.00 | |
| 694 | 03/26/2021 01/14/2021 | Payment | -$415.56 | -$144.87 | -$59.49 | $0.00 | -$211.20 | $8,791.68 |
| 695 | 03/26/2021 01/15/2021 | Attorney Fees | $72.60 | $0.00 | $0.00 | $0.00 | $72.60 | |
| 696 | 03/26/2021 02/24/2021 | Attorney Fees | $19.80 | $0.00 | $0.00 | $0.00 | $19.80 | |
| 697 | 03/26/2021 03/04/2021 | Payment | -$415.56 | -$259.42 | -$63.74 | $0.00 | -$92.40 | $8,532.26 |

| 698 | 03/26/2021 | Payment | -$1,299.46 | -$1,274.22 | -$25.24 | $0.00 | $0.00 | $7,258.04 |
| | 03/24/2021 | | | | | | | |
| 700 | 04/28/2021 | Payment | -$423.10 | -$385.51 | -$37.59 | $0.00 | $0.00 | $6,872.53 |
| | 04/28/2021 | | | | | | | |
| 701 | 06/02/2021 | Payment | -$423.10 | -$387.52 | -$35.58 | $0.00 | $0.00 | $6,485.01 |
| | 06/02/2021 | | | | | | | |
| 702 | 06/22/2021 | Payment | -$423.10 | -$403.91 | -$19.19 | $0.00 | $0.00 | $6,081.10 |
| | 06/22/2021 | | | | | | | |
| 703 | 08/02/2021 | Payment | -$423.10 | -$386.21 | -$36.89 | $0.00 | $0.00 | $5,694.89 |
| | 08/02/2021 | | | | | | | |
| 704 | 08/16/2021 | Payment | -$423.10 | -$411.31 | -$11.79 | $0.00 | $0.00 | $5,283.58 |
| | 08/16/2021 | | | | | | | |
| 705 | 09/29/2021 | Payment | -$423.10 | -$388.70 | -$34.40 | $0.00 | $0.00 | $4,894.88 |
| | 09/29/2021 | | | | | | | |
| 706 | 10/29/2021 | Payment | -$423.10 | -$401.38 | -$21.72 | $0.00 | $0.00 | $4,493.50 |
| | 10/29/2021 | | | | | | | |
| 707 | 11/17/2021 | Attorney Fees | $52.80 | $0.00 | $0.00 | $0.00 | $52.80 | |
| | 11/17/2021 | | | | | | | |
| 708 | 12/22/2021 | Attorney Fees | $66.00 | $0.00 | $0.00 | $0.00 | $66.00 | |
| | 12/22/2021 | | | | | | | |

External View